**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF INDIANA

Case number *(if known)* _____    Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Calumet Abrasives Co., Inc.** | |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **35-1141876** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **3039 169th Place** <br> **Hammond, IN 46323** <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Lake** <br> County | **Location of principal assets, if different from principal place of business** <br> **3023 & 3039 169th Place Hammond, IN 46323** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **http://calumetabrasives.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Calumet Abrasives Co., Inc.**                                Case number (*if known*) _____
          Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known _____ |

| Debtor | **Calumet Abrasives Co., Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**▮ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000
■ 50-99    ☐ 5001-10,000    ☐ 50,001-100,000
☐ 100-199    ☐ 10,001-25,000    ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000    ■ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000    ■ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor    **Calumet Abrasives Co., Inc.**                                            Case number (*if known*) _____
_____
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  7, 2019**
_____
MM / DD / YYYY

X **/s/ Robert M. Shindorf**                          **Robert M. Shindorf**
_____            _____
Signature of authorized representative of debtor       Printed name

Title    **President, Treasurer, Secretary and sole Director**
_____

**18. Signature of attorney**

X **/s/ Daniel L. Freeland**                          Date    **May  7, 2019**
_____                  _____
Signature of attorney for debtor                       MM / DD / YYYY

**Daniel L. Freeland**
_____
Printed name

**Daniel L. Freeland & Associates, P.C.**
_____
Firm name

**9105 Indianapolis Boulevard**
**Highland, IN 46322**
_____
Number, Street, City, State & ZIP Code

Contact phone    **219.922.0800**        Email address    **Dlf9601@aol.com**

**6979-45 IN**
_____
Bar number and State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Calumet Abrasives Co., Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF INDIANA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | **May  7, 2019** | X **/s/ Robert M. Shindorf** |
| | | Signature of individual signing on behalf of debtor |
| | | **Robert M. Shindorf** |
| | | Printed name |
| | | **President, Treasurer, Secretary and sole Director** |
| | | Position or relationship to debtor |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Calumet Abrasives Co., Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF INDIANA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Accucraft Imaging, Inc. 5920 Hohman Avenue Hammond, IN 46320 | | Trade Debt | | | | $9,615.11 |
| Air Comfort 2550 Braga Drive Broadview, IL 60155 | | Trade Debt | | | | $10,052.08 |
| Beverly Snow & Ice 16504 S. Dixie Hwy Markham, IL 60428 | | Snow and Ice Removal | | | | $10,348.00 |
| Ceva Freight, LLC Dept 2309 Carol Stream, IL 60132 | | Trade Debt | | | | $8,680.00 |
| Grainger Dept 801849506 Palatine, IL 60038 | | Trade Debt | | | | $9,469.49 |
| HINSHAW & CULBERSON LLP 8142 Solutions Center Drive Chicago, IL 60677-8001 | | Attorney Fees | | | | $6,235.36 |
| Industrial Polymers and Chemicals, Inc. 508 Boston Turnpike Shrewsbury, MA 01545 | | Trade Debt | | | | $227,996.32 |
| Keller -Heart Oil 4411 S. Tripp Avenue Chicago, IL 60632 | | Trade Debt | | | | $4,181.10 |
| Levin Ginsburg 180 North LaSalle Street Chicago, IL 60601 | | Attorney fees | | | | $7,031.66 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Calumet Abrasives Co., Inc.**                                    Case number *(if known)*
_____                   _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Maternini Via Agostino Novella, Zona Industrial 21046 Malnate (VA)Italia** | | **Trade Debt** | | | | **$25,126.89** |
| **Nexus Employment P.O. Box 1053 Bedford Park, IL 60499** | | **Trade Debt** | | | | **$24,243.80** |
| **Prairie State Group 11100 Addison Avenue Franklin Park, IL 60131** | | **Trade Debt** | | | | **$22,790.43** |
| **Quincy Compressor Department 3427 Dallas, TX 75312** | | **Trade Debt** | | | | **$6,031.87** |
| **Standard Cartage Comp. 2400 South 27th Avenue Broadview, IL 60155** | | **Trade Debt** | | | | **$3,572.00** |
| **Star Tool & Die Works, Inc. 640 East 217th Street Chicago Heights, IL 60411** | | **Trade Debt** | | | | **$31,329.85** |
| **Swartz, Retson & Co., P.C. 235 E 86th Avenue Merrillville, IN 46410** | | **Compliance fees** | | | | **$12,730.00** |
| **Tim O'Connell 1003 E. 31st Street La Grange Park, IL 60526** | | **Professional fees** | | | | **$14,850.00** |
| **Trinity Logistics, Inc. P.O. Box 62702 Baltimore, MD 21264** | | **Trade Debt** | | | | **$7,078.60** |
| **Wertheimer 7950 W. Joliet Road, Suite 100 La Grange, IL 60525** | | **Trade Debt** | | | | **$14,622.04** |
| **YRC Freight P.O. Box 93151 Chicago, IL 60673** | | **Trade Debt** | | | | **$7,517.29** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Indiana

In re **Calumet Abrasives Co., Inc.** _____
                                           Debtor(s)

Case No. _____
Chapter **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 21,805.00 |
| Prior to the filing of this statement I have received | $ | 21,805.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **The professional services the Daniel L. Freeland & Associates, P.C. is to render are:
        (a) to give debtor legal advice with respect to its powers and duties as debtor-in-possession in the continued operation of its businesses and management of its property; (b) to defend various complaints and motions for relief of stay filed by creditors of the debtor; (c) to protect the debtor's interest in any executory contracts; (d) to prepare on behalf of your applicant, as debtor-in-possession, necessary applications, answers, orders, reports, and other legal papers; (e) to perform all other legal services for debtor as debtor-in-possession which may be necessary herein; and (f) to prepare and file Plans, Disclosures and other papers related thereto.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **May  7, 2019** | **/s/ Daniel L. Freeland** |
| _Date_ | **Daniel L. Freeland** |
| | _Signature of Attorney_ |
| | **Daniel L. Freeland & Associates, P.C.** |
| | **9105 Indianapolis Boulevard** |
| | **Highland, IN 46322** |
| | **219.922.0800  Fax: 219.922.1261** |
| | **Dlf9601@aol.com** |
| | _Name of law firm_ |

---

# United States Bankruptcy Court
## Northern District of Indiana

In re   **Calumet Abrasives Co., Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John Anderson**<br>**1305 Tamarack Drive**<br>**Munster, IN 46321** | **Shareholder** | **5** | **Shares** |
| **Robert M Shindorf**<br>**C/o Stone Fox Ventures, LLC**<br>**3890 Buchanan Avenue SW**<br>**Grand Rapids, MI 49548** | **Shareholder** | **5** | **Shares** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President, Treasurer, Secretary and sole Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May  7, 2019**

Signature   **/s/ Robert M. Shindorf**

**Robert M. Shindorf**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

(6/2010)

# United States Bankruptcy Court
## Northern District of Indiana

In re    **Calumet Abrasives Co., Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) verifies under penalty of perjury that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **May  7, 2019**

**/s/ Robert M. Shindorf**

**Robert M. Shindorf/President, Treasurer, Secretary and sole Director**
Signer/Title

.

```
3M COTTAGE GROVE
2807 PAYSPHERE CIRCLE
CHICAGO, IL 60674


ACCUCRAFT IMAGING, INC.
5920 HOHMAN AVENUE
HAMMOND, IN 46320


ACCUWARE
799 ROOSEVELT ROAD, SUITE 3-218
GLEN ELLYN, IL 60137


AIR COMFORT
2550 BRAGA DRIVE
BROADVIEW, IL 60155


AMERIGAS
P.O. BOX 371473
PITTSBURGH, PA 15250


APEX TOTAL PROPERTY MAINTENANCE, INC.
2743 HIGHWAY AVENUE
HIGHLAND, IN 46322


AT&T FIBER BROADBAND
P.O. BOX 5019
CAROL STREAM, IL 60197


AT&T MOBILITY
P.O. BOX 6463
CAROL STREAM, IL 60197


AUSTGEN ELECTRIC
801 EAST MAIN STREET
GRIFFITH, IN 46319
```

```
BEVERLY SNOW & ICE
16504 S. DIXIE HWY
MARKHAM, IL 60428


BRIAN HITTINGER
KRIEG DEVAULT
8001 BROADWAY SUITE 400
MERRILLVILLE, IN 46410


BURGETT CCM
P.O. BOX 10517
MERRILLVILLE, IN 46410


CALUMET LUMBER
402 E. CHICAGO AVENUE
EAST CHICAGO, IN 46312


CEVA FREIGHT, LLC
DEPT 2309
CAROL STREAM, IL 60132


CINTAS-MEDICAL
P.O. BOX 631025
CINCINNATI, OH 45263


CINTAS-UNIFORMS
P.O. BOX 88005
CHICAGO, IL 60680


CL VENDING
P.O. BOX 339
CEDAR LAKE, IN 46303-0339


COMPREHENSIVE CARE
7501 WEST 15TH AVENUE
GARY, IN 46406
```

```
COTG
P.O. BOX 5940
LOCK BOX #20-OE-001
CAROL STREAM, IL 60197


DHL EXPRESS
16592 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


ENGLEWOOD ELECTRICAL SUPPLY
P.O. BOX 802578
CHICAGO, IL 60680


FIRST MIDWEST BANK
P.O. BOX 125
BEDFORD PARK, IL 60499


FIRST MIDWEST BANK LOC
P.O. BOX 125
BEDFORD PARK, IL 60499


FISHER CONTAINER CORP.
1111 BUSCH PKWY
BUFFALO GROVE, IL 60089


GRAINGER
DEPT 801849506
PALATINE, IL 60038


HAMMOND POLICE ALARM ADMINISTRATOR
CITY OF HAMMOND
509 DOUGLAS STREET
HAMMOND, IN 46320


HAMMOND WATER WORKS DEPT.
6505 COLUMBIA AVE
HAMMOND, IN 46320
```

```
HERITAGE-CRYSTAL CLEAN
13621 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


HEUCOTECH LTD.
P.O. BOX 416247
BOSTON, MA 02241


HINSHAW & CULBERSON LLP
8142 SOLUTIONS CENTER DRIVE
CHICAGO, IL 60677-8001


HYDRAMET AMERICAN, INC.
P.O. BOX 40
ROYAL OAK, MI 48068


INDIANA DEPT. OF ENVIRONMENTAL MANAGEMEN
INDIANA GOV. CENTER NORTH
100 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204


INDUSTRIAL POLYMERS AND CHEMICALS, INC.
508 BOSTON TURNPIKE
SHREWSBURY, MA 01545


J&L FASTENERS
P.O. BOX 2248
HAMMOND, IN 46323


J.W. DONCHIN CO.
4841 W. CHICAGO AVENUE
CHICAGO, IL 60651


JESENEK
KOCBEKOVA C.24
3202 LJUBECNA 3202
SLOVENIA
```

```
JOHN ANDERSON
1305 TAMARACK DRIVE
MUNSTER, IN 46321


KELLER -HEART OIL
4411 S. TRIPP AVENUE
CHICAGO, IL 60632


KEVIN STEELE
156 WASHINGTON STREET
VALPARAISO, IN 46383


KEVIN STEELE
156 WASHINGTON
VALPARAISO, IN 46383


KONRADY PLASTICS, INC.
1780 COPPES COURT
PORTAGE, IN 46368


KRONOS
P.O. BOX 743208
ATLANTA, GA 30374


LABOR OUT
RICK SPARKS
P.O. BOX 605
SCHERERVILLE, IN 46375


LANDSBERG
25794 NETWORK PLACE
CHICAGO, IL 60673


LEVIN GINSBURG
180 NORTH LASALLE STREET
CHICAGO, IL 60601
```

```
LINDY'S ACE HARDWARE
6220 KENNEDY AVENUE
HAMMOND, IN 46323


MATERNINI
VIA AGOSTINO NOVELLA, ZONA INDUSTRIAL
21046 MALNATE (VA) ITALIA


MCMASTER CARR SUPPLY
P.O. BOX 7690
CHICAGO, IL 60680


MIAMI VALLEY WORLDWIDE, INC.
1300 E THIRD STREET
DAYTON, OH 45403


NEW YORK STATE INSURANCE
1 WATERVLIET AVENUE
ALBANY, NY 12206


NEXUS EMPLOYMENT
P.O. BOX 1053
BEDFORD PARK, IL 60499


PRAIRIE STATE GROUP
11100 ADDISON AVENUE
FRANKLIN PARK, IL 60131


QUINCY COMPRESSOR
DEPARTMENT 3427
DALLAS, TX 75312


REICHELT PLUMBING
P.O. BOX 177
SCHERERVILLE, IN 46375
```

RICOH/WELLS FARGO
P.O. BOX 740541
ATLANTA, GA 30374


ROBERT M SHINDORF
C/O STONE FOX VENTURES, LLC
3890 BUCHANAN AVENUE SW
GRAND RAPIDS, MI 49548


SALYER PLUMBING, INC.
2209 EAST 165TH STREET
HAMMOND, IN 46320


SHAKESPEARE MACHINE
2801 S. MERMORIAL DRIVE
RACINE, WI 53403


SHAWN COX
HODGES & DAVIS PC
8700 BROADWAY
MERRILLVILLE, IN 46410


SHEET METAL SERVICES
9944 EXPRESS DRIVE
HIGHLAND, IN 46322


STAGG/DIVAL SAFETY
163 S. THIRD AVENUE
EVANSVILLE, IN 47708


STANDARD CARTAGE COMP.
2400 SOUTH 27TH AVENUE
BROADVIEW, IL 60155


STAPLES
P.O. BOX 183174
COLUMBUS, OH 43218

```
STAR TOOL & DIE WORKS, INC.
640 EAST 217TH STREET
CHICAGO HEIGHTS, IL 60411


SWARTZ, RETSON & CO., P.C.
235 E 86TH AVENUE
MERRILLVILLE, IN 46410


TECH WEIGH
1004 REDER ROAD
GRIFFITH, IN 46319


TIM O'CONNELL
1003 E. 31ST STREET
LA GRANGE PARK, IL 60526


TRINITY LOGISTICS, INC.
P.O. BOX 62702
BALTIMORE, MD 21264


ULINE
P.O. BOX 88741
CHICAGO, IL 60680


UNIFIRST CORPORATION
4545 CALUMENT AVENUE
HAMMOND, IN 46327


UPS
LOCKBOX 577
CAROL STREAM, IL 60132


WELCH PACKAGING
24775 NETWORK PLACE
CHICAGO, IL 60673
```

```
WELLS FARGO BANK N.A.
300 TRI-STATE INTERNATIONAL
LINCOLNSHIRE, IL 60069


WERTHEIMER
7950 W. JOLIET ROAD, SUITE 100
LA GRANGE, IL 60525


WINTRUST CAPITAL
9700 WEST HIGGINS ROAD, SUITE 1015
DES PLAINES, IL 60018


YRC FREIGHT
P.O. BOX 93151
CHICAGO, IL 60673
```

# United States Bankruptcy Court
## Northern District of Indiana

In re  **Calumet Abrasives Co., Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Calumet Abrasives Co., Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May  7, 2019**

Date

**/s/ Daniel L. Freeland**

**Daniel L. Freeland**

Signature of Attorney or Litigant

Counsel for  **Calumet Abrasives Co., Inc.**

**Daniel L. Freeland & Associates, P.C.**

**9105 Indianapolis Boulevard**
**Highland, IN 46322**
**219.922.0800 Fax:219.922.1261**
**Dlf9601@aol.com**

## United States Bankruptcy Court
### Northern District of Indiana

In re    **Calumet Abrasives Co., Inc.**
                                                    Case No.
                                          Debtor(s)      Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Robert M. Shindorf**, declare under penalty of perjury that I am the **President, Treasurer, Secretary and sole Director** of  **Calumet Abrasives Co., Inc.,** and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 6th day of May, 2019.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Robert M. Shindorf**, **President, Treasurer, Secretary and sole Director** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Robert M. Shindorf**, **President, Treasurer, Secretary and sole Director** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Robert M. Shindorf**, **President, Treasurer, Secretary and sole Director** of this Corporation is authorized and directed to employ **Frederick L. Carpenter**, attorney and the law firm of **Daniel L. Freeland & Associates, P.C.** to represent the corporation in such bankruptcy case."

Date    **May  6, 2019**                    Signed
                                                    **Robert M. Shindorf**

Resolution of Board of Directors
of
**Calumet Abrasives Co., Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Robert M. Shindorf**, **President, Treasurer, Secretary and sole Director** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Robert M. Shindorf**, **President, Treasurer, Secretary and sole Director** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Robert M. Shindorf**, **President, Treasurer, Secretary and sole Director** of this Corporation is authorized and directed to employ **Frederick L. Carpenter**, attorney and the law firm of **Daniel L. Freeland & Associates, P.C.** to represent the corporation in such bankruptcy case.

Date **May  6, 2019**                              Signed _____