# Exhibit A

ALL PERSONAL AND FIXTURE PROPERTY OF EVERY KIND AND NATURE INCLUDING WITHOUT LIMITATION ALL GOODS (INCLUDING INVENTORY, EQUIPMENT AND ANY ACCESSIONS THERETO), INSTRUMENTS (INCLUDING PROMISSORY NOTES), DOCUMENTS, ACCOUNTS, CHATTEL PAPER (WHETHER TANGIBLE OR ELECTRONIC), DEPOSIT ACCOUNTS, LETTER-OR-CREDIT RIGHTS (WHETHER OR NOT THE LETTER OF CREDIT IS EVIDENCED BY A WRITING), COMMERCIAL TORT CLAIMS, SECURITIES AND ALL OTHER INVESTMENT PROPERTY, SUPPORTING OBLIGATIONS, ANY OTHER CONTRACT RIGHTS OR RIGHTS TO THE PAYMENT OF MONEY, INSURANCE CLAIMS AND PROCEEDS, AND ALL GENERAL INTANGIBLES (INCLUDING ALL PAYMENT INTANGIBLES).; WHETHER ANY OF THE FOREGOING IS OWNED OR ACQUIRED LATER; ALL ACCESSIONS, ADDITIONS, REPLACEMENTS AND SUBSTITUTIONS RELATING TO ANY OF THE FOREGOING; ALL RECORDS OF ANY KIND RELATING TO ANY OF THE FOREGOING; ALL PROCEEDS RELATING TO AND OF THE FOREGOING (INCLUDING INSURANCE, GENERAL INTANGIBLES AND ACCOUNT PROCEEDS).