| Calumet Abrasives Budget 5/2019 | 5/11/2019 | 5/18/2019 | 5/25/2019 |
|---|---|---|---|
| Income | | | |
| Cash | 250,000.00 | 196,309.00 | 215,596.00 |
| A/R | 28,309.00 | 213,801.00 | 143,185.00 |
| Work in Progress | | | 120,394.00 |
| Total | 278,309.00 | 410,110.00 | 479,175.00 |
| | | | |
| Expenses | | | |
| Payroll | | 92,746.00 | |
| Hammond Water Works (3023 169th) | | 175.00 | |
| Hammond Water Works (3039 169th) | | 550.00 | |
| Republic Services (3023 169th) | | | 423.00 |
| Republic Services (3039 169th) | | | 610.00 |
| AT&T Mobile | | 350.00 | |
| AT&T Fiber | | | 644.00 |
| NIPSCO (3023 169th) | | 1,400.00 | |
| NIPSCO (3039 169th) | | 9,750.00 | |
| Ricoh Printer | | 671.00 | |
| Nationwide (worker's comp) | | 5,819.00 | |
| Nationwide (Package & Umbrella) | | 3,267.00 | |
| Nationwide (Auto) | | 286.00 | |
| COGS (Temporary Labor) | 3,000.00 | 3,000.00 | 3,000.00 |
| Material Purchases | 75,000.00 | 75,000.00 | 75,000.00 |
| Operating Supplies | 1,500.00 | 1,500.00 | 1,500.00 |
| Repair & Maintenance Contracts | 2,500.00 | 0.00 | 5,000.00 |
| Tooling costs | 0.00 | 0.00 | 3,000.00 |
| Atlas Copco Copressor | | | 1,137.00 |
| TOTAL WEEKLY EXPENSES | 82,000.00 | 194,514.00 | 90,314.00 |
| | | | |
| Total Cash Balance | 196,309.00 | 215,596.00 | 388,861.00 |

Exhibit "B"