# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
## Hammond Division

In Re: Debtor(s) (name(s) and address)  )
Calumet Abrasives Co., Inc.  )
35–1141876  )
3039 169th Place  ) Case Number: 19–21257–jra
Hammond, IN 46323  )
)
)
)
)
)
) Chapter: 11
)
)
)
)
)
)

## ORDER ESTABLISHING DEADLINE FOR FILING A PLAN OR A PROGRESS REPORT

A petition for relief under Chapter 11 of the United States Bankruptcy Code has been filed in this case and an order for relief has been entered.

It is therefore ORDERED that on or before October 15, 2019 , the Debtor–in–Possession shall:

1. file a proposed plan and disclosure statement; or

2. file a report that describes the steps taken toward the formulation of a plan of reorganization, any matters that must be resolved before a plan can be proposed and an estimated date by which a plan will be filed. This report should summarize all financial activities since the commencement of the case, indicating the profit or loss from operations and any unpaid post–petition debts, including but not limited to taxes.

Dated: May 8, 2019

James R. Ahler
_____
Judge, United States Bankruptcy Court

Document No. 16 – 1