UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Calumet Abrasives, Co. Inc., ) | CASE NO.: 19-21257 |
| ) | **CHAPTER 11 PROCEEDING** |
| ) | |
| Debtor. ) | |
| ) | |

### JOINT MOTION TO ENLARGE TIME TO FILE EXHIBITS

Calumet Abrasives Co., Inc., Debtor in this Chapter 11 bankruptcy case, and First Midwest Bank, the Secured Lender, jointly move this Court to enlarge the time to file and/or provide copies of all exhibits to the Court as directed in its order contained in Docket Entries 27 and 28, and in support thereof, state as follows:

1. This Court held a hearing on the emergency use of cash collateral on Monday, May 13, 2019.

2. At that time, the Debtor and Secured Lender reached an agreement on the short-term use of cash collateral and this Court scheduled a final hearing on the same for Thursday, May 23 at 10:00 am.

3. At the hearing on Monday, May 13, 2019, the parties and the Court discussed the need for a pretrial order to be submitted by the parties. The deadline established for such was Friday, May 17, 2019.

4. The Docket Entries entered by the Court on May 14, 2019 [DE 27 & 28] provides as follows:

> "Finally, by agreement, the parties shall file a joint Pre-Trial Order for Cash Collateral Motion by May 17, 2019, which shall include witness lists, Exhibit lists, and Exhibits. SO ORDERED"

5.  The parties have been diligently working towards the preparation and completion of the Pretrial Order, but there remains many documents that have not yet been created/obtained that will prevent their availability by Friday, May 17, 2019.

6.  The parties jointly move this Court to enlarge the time for the filing and/or delivery of the exhibit book to the Court up to and including Wednesday, May 22, 2019.

7.  This request is made in good faith and not for purposes of delay.

WHEREFORE, Calumet Abrasives Co., Inc., and First Midwest Bank, respectfully request that this Court modify its order contained in Docket Entries 27 & 28 to allow parties to submit exhibits to the Court on or before May 22, 2019, and for all other relief just and proper in the premises.

Respectfully submitted:

Calumet Abrasives Co., Inc.                First Midwest Bank

/s/ Frederick L. Carpenter                 /s/ Gordon E. Gouveia
Frederick L. Carpenter                     Gordon E. Gouveia
DANIEL L. FREELAND & ASSOCIATES, P.C.      GOUVEIA & ASSOCIATES, LLC
9105 Indianapolis Blvd                     433 W. 84th Drive
Highland, IN 46322                         Merrillville, IN 46410
fcarpenter@dfreeland.com                   gm6020@aol.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2019, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to all counsel of record.

/s/ Frederick L. Carpenter
Frederick L. Carpenter