**Fill in this information to identify the case:**

Debtor name    **Calumet Abrasives Co., Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF INDIANA

Case number (if known)  **19-21257**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration  **Business Income and Expenses**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 18, 2019**    X **/s/ Robert M. Shindorf**
                          Signature of individual signing on behalf of debtor

                          **Robert M. Shindorf**
                          Printed name

                          **President, Treasurer, Secretary and sole Director**
                          Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name   **Calumet Abrasives Co., Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF INDIANA

Case number (if known)   **19-21257**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................... $     **1,632,480.48**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................. $     **1,632,480.48**

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **1,999,459.35**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................. $     **28,465.51**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................. +$     **1,558,059.99**

4.    **Total liabilities** ...........................................................................................
   Lines 2 + 3a + 3b

| $ | **3,585,984.85** |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Calumet Abrasives Co., Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF INDIANA |
| Case number (if known) | **19-21257** |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **Business Checking Account located at First Midwest Bank** | **Business Checking** | 7006 | $11,803.67 |
| 3.2. **Business Checking account located at Chemical Bank** | **Business Checking** | 8959 | $255,265.05 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                    $267,068.72
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Calumet Abrasives Co., Inc.** | Case number *(If known)* **19-21257** |
|---|---|---|
| | Name | |

| 11a. 90 days old or less: | 368,401.96 | - | 0.00 | = .... | $368,401.96 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$368,401.96

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **Leased equipment:** | | | |
| **Ricoh MP3054SP C84155924 G156R230906** **Ricoh MP3054SP C84155955 G156R230893** **Ricoh MP C3003 C84155892 E156M260465** **Ricoh MP3054SP C84155923 G155R830594** | $0.00 | N/A | $1,000.00 |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$1,000.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

| Debtor | **Calumet Abrasives Co., Inc.** | | Case number *(If known)* **19-21257** |
|---|---|---|---|
| | Name | | |

�■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

<table>
<tr><td style="background:black;color:white">Part 8:</td><td><b>Machinery, equipment, and vehicles</b></td></tr>
</table>

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Chevrolet Box Truck W4500 (Serial #4KBC4B1U37J804512)** | $0.00 | Comparable sale | $4,000.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **2019 Atlas Copco GA75VSD-175AP Compressor Package -Leased Equipment** | $0.00 | | $68,209.80 |
| **See attached list 1** | $2,323,494.23 | Appraisal | $461,900.00 |
| **See attached list 2 (items in list 2 are also included in list 1)** | $2,323,494.23 | Appraisal | $461,900.00 |

51. **Total of Part 8.**
   Add lines 47 through 50.  Copy the total to line 87.

   | $996,009.80 |
   |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

<table>
<tr><td style="background:black;color:white">Part 9:</td><td><b>Real property</b></td></tr>
</table>

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Calumet Abrasives Co., Inc.** | | Case number *(If known)* | **19-21257** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1. **Property where it operates.** | | $0.00 | | $0.00 |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

| | |
| --- | --- |
| | **$0.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ■ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    **Potential causes of action against John Anderson, current shareholder, but former officer and director of Debtor, for preference payments received in the 1 year prior to filing and fraudulent transfers received and/or made in the 4 years prior to filing.**

| | | **Unknown** |
| --- | --- | --- |
| Nature of claim | | |
| Amount requested | **$0.00** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Calumet Abrasives Co., Inc.** | Case number *(If known)* | **19-21257** |
| --- | --- | --- | --- |
| | Name | | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Debtor | **Calumet Abrasives Co., Inc.** | | Case number *(If known)* **19-21257** |
|---|---|---|---|
| | Name | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $267,068.72 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $368,401.96 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $996,009.80 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,632,480.48 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,632,480.48 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| MACHINE | MODEL | SERIAL |
|---|---|---|
| CHEVROLET BOX TRUCK | W4500 | 4KBC4B1U37J804512 |
| MATERNINI DOUBLE BOWL MIXER | MDM 850 UNIBLOCK | A1445 |
| HOBART ( RESIN GRAIN MIXER) | H600T | 187481 |
| HOBART (RESIN GRAIN MIXER) | H600T | 15905711 |
| TUMBLER #1 (C.F. GILCO) | 59021 | 72723546 |
| HOBART MIXER | HL200 | 31-1400-813 |
| HOBART MIXER | C100 | 1328589 |
| BISHAMON ELEVATOR LIFT | X30SBI | 1310046 |
| BISHMON ELEVATOR LIFT | X30SBI | 1210047 |
| BISHAMON (DECK ELEVATOR) | X305 | 98110183 |
| BISHAMON (DECK ELEVATOR) | X305 | 98122822 |
| DONALDSON TORIT DUST COLLECTOR | DFO3-24 | 3878521-1 |
| SWECO SIEVE | 16X300644LK | 017436-A07/18 |
| HYDRAMET #1 | HC-45EC | H-8200 |
| HYDRAMET # 4 | HC-45EC | H-11140 |
| HYDRAMET #5 | HC-30B | H-8070 |
| HYDRAMET #6 | HC-45EC | H-14680 |
| HYDRAMET #7 | HC-60EC | H111170 / H-14765 |
| HYDRAMET #11 | HC60EC | H-15920 |
| HYDRAMET #12 | HC-60 | H2335 / H-16165 |
| HYDRAMET #14 | HC-75EC | H-17430 |
| DENNISON #1 | FH20 | 24510 |
| DENNISON #2 | FH20 | NA |
| MATERNINI PRESS M17 | MDM400-4C-SP-350T | A1330 |
| MATERNINI PRESS M15 | MDM400-4C-SP-350T | A1414 |
| MATERNINI PRESS M13 | MDM400-4C-SP-350T | A1400 |
| MATERNINI PRESS M14 | MDM400-4C-SP-350T | A1379 |
| MATERNINI PRESS M16 | MDM400-4C-SP-350T | A1361 |
| MATERNINI INLINE PRESS | MDM 200 L16 100T | A1938 |
| MATERNINI INLINE PRESS | MDM 200 L16 100T | A1939 |
| METTLER TOLEDO SCALE | BBA422 | 2749986 |
| METTLER TOLEDO SCALE | BBK462 | 28271547DH |
| METTLER TOLEDO SCALE | BBK462 | 28396237FH |
| METTLER TOLEDO SCALE | IND469 | 30256817HK |
| METTLER TOLEDO SCALE | IND469 | 33234297KP |
| METTLER TOLEDO SCALE | IND469 | 33234317KP |
| METTLER TOLEDO SCALE | IND469 | 33447377AQ |
| TURMOIL CHILLER | OC-150R | 17844-16 |
| MATÉRNINI BALANCE | D230 | A1432 |
| OVEN #1 (GRIEVE CORP.) | B2-500 | 410891 |
| OVEN #6 (GRIEVE) | B2-500 | 411710 |
| OVEN #3 (GRIEVE CORP.) | B2-500 | 411710 |
| OVEN #4 (GRIEVE-HENDRY) | NA | NA |
| OVEN #7 (GRIEVE) | 61626-500 | 85674A1204 |
| BISHAMON (ADJ. LIFT TABLE #1) | VIS-5036 | VIS0303009 |
| BISHAMON (ADJ. LIFT TABLE #2) | VIS-5036 | VIS0303010 |
| BISHAMON (ADJ. LIFT TABLE #3) | VIS-5036 | VIS0303012 |
| LEE      (ADJ. LIFT TABLE #4) | 3640 | 37831 |
| BARKSDALE TYPE27 PRESS | 0003-024 | K412341.2/002 |
| TOYOTA WALK BEHIND PALLET JACK | 7HBW23 | 49576 |
| BARBOUR-STOCKWELL BURST TESTER 7015 | NA | 2850-S19 |
| EAGLE CUTTING TESTER | NA | NA |
| EAGLE CUTTING TESTER | NA | NA |
| TRUEX CUT TESTER (ALLAN/BRADY) | 300 | 7015 |
| PRECISION CONVECTION | STM-80 | 10AY-6 |
| TRION AIR HANDLER | 64 | L3889 |
| TRION AIR HANDLER | 64 | |
| PYRO HIGH TEMPERATURE MICROWAVE MUFFLE FURNACE | N/A | N/A |
| DONALDSON TORIT DUST COLLECTOR | DF01-1 | 3133054 |
| DONALDSON TORIT DUST COLLECTOR | N/A | 267401 |
| BUTLER CUT TESTER | N/A | N/A |
| ATLAS COPCO AIR COMPRESSOR | GA75VSDFF | AP1673201 |
| QUINCY SMALL COMPRESSOR | 3311T | 36B103T255H1 |
| CLAUSING MILLING MACHINE | 2V508 | P515195 |

Exhibit 1 – First Midwest Bank's Collateral

| | | |
|---|---|---|
| FIBERGLASS SEPARATOR | MDM SRCP-6 X100 | A1941 |
| FIBERGLASS SEPARATOR | MDM SRCP-6 X100 | A1940 |
| T & S COMPACTER | HDC-900 | 5126627 |
| TAYLOR GRAIN DISPENSER | N/A | IBC2-47269 |
| TYLER WALK IN COOLER | 7400276FL | 9758050DS |
| YALE | GLP050 | N/A |
| TCM -25 FORK LIFT | FCG 25-24 | A40M00286 |
| DAYTON FLOOR SCRUBBER | 14X829 | 14X829-001017 |
| MYERS DISPERSER | N/A | 1L775A 5-3204 |
| AER CONTROL SYSTEM FUMECOLLECTOR | DC800201 | 9080 |
| QUINCY AIR DRYER | QED-350 | 1TJO75767 |
| PRESTO LIFT | C74A-15LC | V60064-1/11478-1 |
| STEEL FAB AIR STORAGE TANK | A10049 | L4084.50 |
| RICE LAKE BENCH MARK SCALE | BM2424-200 | 1568900034 |
| GSE 355 W/4400 PLATFORM SCALE | GSE355 | 19087 |
| GSE 355 W/4400 PLATFORM SCALE | GSE355 | 20504 |
| GSE 550 W/ DORAN PLATFORM SCALE | GSE550 | 28065 |
| RICE LAKE BENCH MARK SCALE | BM2424-200 | 1577200082 |
| GSE650 SCALE | GSE650 | 11598 |
| RICE LAKE COUNTING SCALE | IQ6200 | N/A |
| RICE LAKE CHECKWEIGHER SCALE | C240-30 | N/A |
| RICE LAKE 4X4 ROUGH DECK SCALE W.GSE350 | GSE350 | 319004 |
| PELOUZE MECHANICAL SCALE | P250S | N/A |
| RICE LAKE BENCH SCALE | TC620 | 123738007 |
| RICE LAKE BENCH SCALE | TC620 | 123738060 |
| OHAUSE BENCH SCALE | CD-11 | 0000843-6BA |
| RICE LAKE BENCH SCALE | TC620 | 133738027 |
| RICE LAKE BENCH SCALE | TC620 | 133738038 |
| RICE LAKE BENCH MARK SCALE | BM1818-150 | 1686500031 |
| RICE LAKE ROUGH DECK BDP BARREL SCALE | RLWS 1120 PLUS | C66214 |
| TRANE HEATER / AIR CONDITIONER | YCD180B3HOEA | M301007080 |
| TRANE HEATER / AIR CONDITIONER | YCDI 80B3HOEA | M281009550 |
| TRANE HEATER / AIR CONDITIONER | YCD060C 3HOBC | M161 00687D |
| AMERICAN STANDARD FURNACE / AIR CONDITIONER | NA | NA |
| TRANE CONDENSING UNIT | TTA 180C300FA | 229558YAO |
| TRANE AIR HANDLER | TWE 180B300CA | 3192P596H |
| TRANE CONDENSING UNIT | TTA120C300FA | NA |
| TRANE AIR HANDLER | TWE120B300CA | NA |
| AAON MAKE UP AIR UNIT | RN03030 EA093C4 | BNGT23B97 |
| HYDRAULIC PALLET JACK 5500 LBS. | N/A | N/A |
| RICE LAKE 4X4 ROUGH DECK SCALE W.GSE350 | GSE350 | C23855 |
| NISSAN FORKLIFT | CWP02L25S | CWP02-9C3475 |
| HOBERT ULTRA CHARGE FOR NISSAN FORKLIFT | 1200T3-18 | 498CS44646 |
| QUINCY AIR COMPRESSOR | QT-7.5 | 20080425-0123 |
| QUINCY AIR DRYER | QPNC25 (B2/3) | ITJ117453 |
| DALEC COUNTING/PACKING MACHINE | CA-CA2-2016-01 | 01056586-RG3 |
| ZEBRA LABEL PRINTER | 100XiIII | 91C04100033 |
| ZEBRA LABEL PRINTER | 100XiIII | 91C08350133 |
| ZEBRA LABEL PRINTER | 100XiIII | 91C05350036 |
| DATAMAX LABEL REWINDER | DMX-REW2 | 05120R018 |
| LABELMATE USA LABEL REWINDER | CAT-35A-R16 | CAT-35A-R16 1640000 |
| LABELMATE USA LABEL REWINDER | UCAT-40G-L | UCAT-40G-L 1640000 |
| DAYTON 16" DRILL PRESS | 4CY86 | N/A |
| JET DRILL PRESS | JDP-20MF | 4120089 |
| TORIT DUST COLLECTOR | 64 | L3889 |
| AER DUST COLLECTOR | DC80020-01 | 9430 |
| 3M-MATIC BOX TAPE MACHINE (S-867) | 10500 | 6247 |
| 3M-MATIC BOX TAPE MACHINE (S-867) | 10500 | 6244 |
| KIWI BOX STAMP MACHINE | 1100 | C05095 |
| 3M-MATIC CASE SEALING MACHINE | 800ASB | 50189 |
| ZEBRA LABEL PRINTER | 110xiIII | 91C08460138 |
| COMEC ITALIA PAD PRINT MACHINE | LC50PN | N/A |
| 3M-MATIC CASE SEALING MACHINE | 200A | 50080 |
| 3M-MATIC BOX TAPE MACHINE (S-867) | 10500 | 6477 |
| KIWI BOX STAMP MACHINE | 1100 | C05094 |
| ZEBRA 4M PLUS                (3 PRINTER IN STOCK) | Z4M | N/A |

| | | |
|---|---|---|
| ZEBRA ZM400 | ZM400 | N/A |
| HEAT SHRINK TUNNEL | N/A | N/A |
| HYDRAULIC PALLET JACK 3800 LBS. | 124124 | N/A |
| DISPENSA-MATIC LABEL DISPENSERS          (29 DISPENSERS IN STOCK) | U-45 | VARIES |
| HYDRAULIC PALLET JACK 5500 LBS. | N/A | 35816 |
| LENNOX AIR HANDLER | CBH 17- 185V I | 560800667 |
| LENNOX AIR HANDLER | CBH17- 185V I | 56080668 |
| LENNOX CONDENSING UNIT | HS29- 180-2Y | 560811612 |
| LENNOX CONDENSING UNIT | HS29- 180-2Y | 56081 1613 |
| Goodman | NIA | NIA |
| GOODMAN FURNACE / AIR CONDITIONER | NIA | NIA |
| LENNOX HEATER | NIA | NIA |
| LENNOX HEATER | NIA | NIA |
| LENNOX HEATER | NIA | NIA |
| LENNOX HEATER | NIA | NIA |
| KIRK-RUDY LOADER | 1608-2342 | 496-F |
| KIRK-RUDY LABEL APPLICATOR | 555 | 1608 215 |
| KIRK-RUDY SPLICER | 565 | 1608 138 |
| KIRK-RUDY TURNOVER | 475 | 1608 135 |
| KIRK-RUDY LABEL APPLICATOR | 555 | 1608 216 |
| KIRK-RUDY SPLICER | 565 | 1608 137 |
| KIRK-RUDY COMPUTER / PRINTER STATION | NJ100 | 1608 1642 |
| KIRK-RUDY SEPARATER | 837 | 1608 155 |
| KIRK-RUDY STEPPER CONVEYOR | 314-8 | 1608 4518 |
| PYRAMID PACKAGING COUNTING CONVEYOR | N/A | N/A |
| TRION AIR HANDLER | MP600MV | MP6CMV9700089 |
| ZEBRA LABEL PRINTER | 100XiIII | 91C09400135 |
| PRODIGY PLUS (BIG LABEL PRINTER) | | 6285031 |
| PELOUZE HEAVY DUTY SCALE | M-P250S | S-1300000905 |
| BISHAMON (SCISSOR LIFT) | VIS-2536 | VIS0301007 |
| BISHAMON (SCISSOR LIFT) | VIS-2536 | VIS0301006 |
| VESTIL     (SCISSOR LIFT) | PS 4045 | S248314 |
| MATERNINI DOUBLE BOWL MIXER | MDM 800.120.KG | A1381 |
| MATERNINI SPIN TESTER | PVM 23-30 | A1318 |
| MATERNINI PRESS | MDM400-4C-SP-350T | A1305 |
| MATERNINI PRESS | MDM400-4C-SP-350T | A1415 |
| MATERNINI BALANCE | D350 | A1366 |

| Quantity | Description | Serial Number |
|---|---|---|
| 1 | 2005 Maternini Blade Press | A-1306 |
| 1 | 2006 Maternini Blade Press | A-1330 |
| 1 | 2006 Maternini Blade Press | A-1361 |
| 1 | 2007 Maternini Blade Press | A-1414 |
| 1 | 2007 Maternini Blade Press | A-1415 |
| 1 | 2007 Maternini Blade Press | A-1379 |
| 1 | 2006 Maternini Speed Tester | PVM R4-D400 |
| 1 | 2006 Maternini Wheel Balancer | MDM 2000/1 |
| 1 | Maternini Double Pan Mixer | MDM 800-120KG |
| 1 | Powder & Grain Dispenser | |
| 2 | Vibrodyne Sifters & Sieves | |
| 15 | Blade Oven Racks | |
| 1 | Cutting Blade Test Fixture | |
| 1 | Buster Seal Sealing Machine & Oven | |
| 1 | Orbit Form Hub Machine | |
| 1 | Hydraulic Press | |
| 7 | Units of Pallet Racking | |
| | Unpinning Fixtures & Tables | |
| 1 | Ryobi Drill Press | |
| 1 | Willis Drill Press | |
| 1 | Haver Sieve Tester | |
| 27 | Steel Molds for 3" to 14" Discs | |
| 32,411 | Aluminum Disc Plates | |

Exhibit 2 – Wintrust Bank's Collateral

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Calumet Abrasives Co., Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>NORTHERN DISTRICT OF INDIANA</td></tr>
<tr><td>Case number (if known)</td><td><strong>19-21257</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1  First Midwest Bank**
Creditor's Name

**P.O. Box 125**
**Bedford Park, IL 60499**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/24/2016**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Equipment, assets, accounts receivable, bank accounts**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$691,396.32**    Column B: **$368,401.96**

**2.2  First Midwest Bank**
Creditor's Name

**P.O. Box 125**
**Bedford Park, IL 60499**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/14/2018**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Chevrolet Box Truck W4500 (Serial #4KBC4B1U37J804512)**

Describe the lien
**Security Agreement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$1,000,000.00**    Column B: **$4,000.00**

| Debtor | **Calumet Abrasives Co., Inc.** | Case number (if know) | **19-21257** |
|---|---|---|---|

Name

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.

---

| 2.3 | **Wells Fargo Bank N.A.** | | $62,000.00 | $68,209.80 |
|---|---|---|---|---|

Creditor's Name

**300 Tri-State International
Lincolnshire, IL 60069**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Lease for 2019 Atlas Copco GA75VSD-175AP
Compressor Package**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Wells Fargo Vendor Financial Services** | | $1,063.03 | Unknown |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 13708
Macon, GA 31208-3708**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Leased equipment: Ricoh MP3054SP
C84155924 G156R230906
Ricoh MP3054SP C84155955 G156R230893
Ricoh MP C3003 C84155892 E156M260465
Ricoh MP3054SP C84155923 G155R830594**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**8219**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Wintrust Capital** | | $245,000.00 | $450,000.00 |
|---|---|---|---|---|

Creditor's Name

**9700 West Higgins Road,
Suite 1015
Des Plaines, IL 60018**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Lease to own Equipment -See Attached List 2**

Describe the lien

Debtor    **Calumet Abrasives Co., Inc.**                                          Case number (if know)    **19-21257**
                Name

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** |

**$1,999,459.3 5**

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Gordon E. Gouveia**<br>**Gouveia & Associates, P.C.**<br>**433 W. 84th Drive**<br>**Merrillville, IN 46410** | Line  **2.1** | |
| **Kevin Steele**<br>**156 Washington**<br>**Valparaiso, IN 46383** | Line  **2.1** | |
| **Scott A. Pyle**<br>**Rubino Ruman Crosmer & Polen**<br>**275 Joliet Street, Suite 330**<br>**Dyer, IN 46311** | Line  **2.5** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name **Calumet Abrasives Co., Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF INDIANA

Case number (if known) **19-21257**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address<br>**Aida Palomo**<br>**506 W 148th Street**<br>**East Chicago, IN 46312** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$154.90** | **$154.90** |
| | Date or dates debt was incurred<br>**1/2019- 2/2019** | Basis for the claim:<br>**Potential Employee Claim** | | |
| | Last 4 digits of account number **N/A**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Akeka Sanders**<br>**613 East 19th Avenue**<br>**Gary, IN 46407** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$263.27** | **$263.27** |
| | Date or dates debt was incurred<br>**1/2019- 2/2019** | Basis for the claim:<br>**Potential Employee Claim** | | |
| | Last 4 digits of account number **N/A**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Calumet Abrasives Co., Inc. | | Case number (if known) | **19-21257** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$293.65** | **$293.65** |
|---|---|---|---|---|

| 2.3 | Priority creditor's name and mailing address<br>**Angelia Ellis**<br>**6692 Old Porter Road**<br>**Portage, IN 46368** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$293.65** | **$293.65** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/2019- 2/2019** | Basis for the claim:<br>**Potential Employee Claim** | | |
| | Last 4 digits of account number **N/A**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**Antoine Gordon**<br>**3759 W 72nd Avenue**<br>**Merrillville, IN 46410** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$334.24** | **$324.24** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/2019- 2/2019** | Basis for the claim:<br>**Potential Employee Claim** | | |
| | Last 4 digits of account number **N/A**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**Antoine Macon**<br>**5328 Maywood Avenue Apt. 4**<br>**Hammond, IN 46320** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$154.90** | **$154.90** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/2019- 2/2019** | Basis for the claim:<br>**Potential Employee Claim** | | |
| | Last 4 digits of account number **N/A**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**Antonine Stansil**<br>**7729 Parrish Avenue**<br>**Hammond, IN 46323** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$155.00** | **$155.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/2019- 2/2019** | Basis for the claim:<br>**Potential Employee Claim** | | |
| | Last 4 digits of account number **N/A**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Calumet Abrasives Co., Inc.** | | Case number (if known) | **19-21257** |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address<br>**Ariel Hamptonl**<br>**2207 Woodhollow Lane**<br>**Hammond, IN 46323** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$232.78** | **$232.78** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/2019- 2/2019** | Basis for the claim:<br>**Potential Employee Claim** | | |
| | Last 4 digits of account number **N/A**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>**Betty Waugaman-Leboida**<br>**7118 Alexander**<br>**Hammond, IN 46323** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$294.05** | **$294.05** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/2019- 2/2019** | Basis for the claim:<br>**Potential Employee Claim** | | |
| | Last 4 digits of account number **N/A**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address<br>**Carla Weathers**<br>**3610 Superior Court Apt. 8**<br>**East Chicago, IN 46312** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$232.78** | **$232.78** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/2019- 2/2019** | Basis for the claim:<br>**Potential Employee Claim** | | |
| | Last 4 digits of account number **N/A**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address<br>**Damion Lardydell** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$232.88** | **$232.88** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/2019- 2/2019** | Basis for the claim:<br>**Potential Employee Claim** | | |
| | Last 4 digits of account number **N/A**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Calumet Abrasives Co., Inc.** | Case number (if known) | **19-21257** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$154.90** | **$154.90** |
|---|---|---|---|---|
| | **Douglas Harper**<br>**3460 W 40th Avenue**<br>**Gary, IN 46406** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/2019- 2/2019** | Basis for the claim:<br>**Potential Employee Claim** | | |
| | Last 4 digits of account number **N/A** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$154.90** | **$154.90** |
|---|---|---|---|---|
| | **Dwight Singleton**<br>**3324 Craig Drive Apt. M289**<br>**Hammond, IN 46323** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/2019- 2/2019** | Basis for the claim:<br>**Potential Employee Claim** | | |
| | Last 4 digits of account number **N/A** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$283.33** | **$283.33** |
|---|---|---|---|---|
| | **Edward Bennett, Jr.**<br>**4260 Tennessee**<br>**Gary, IN 46409** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/2019- 2/2019** | Basis for the claim:<br>**Potential Employee Claim** | | |
| | Last 4 digits of account number **N/A** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$293.65** | **$293.65** |
|---|---|---|---|---|
| | **Elmo Jackson**<br>**911 Field Street**<br>**Hammond, IN 46320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/2019- 2/2019** | Basis for the claim:<br>**Potential Employee Claim** | | |
| | Last 4 digits of account number **N/A** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No<br>☐ Yes | | |

| Debtor | **Calumet Abrasives Co., Inc.** | Case number (if known) | **19-21257** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $282.92 | $282.92 |
|---|---|---|---|---|

**Ferdinand Feliciano**
**6645 Montana Avenue**
**Hammond, IN 46323**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2019- 2/2019**

Basis for the claim:
**Potential Employee Claim**

Last 4 digits of account number **N/A**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $610.91 | $610.91 |
|---|---|---|---|---|

**Florentino Brizuela**
**3027 182nd Place**
**Lansing, IL 60438**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2019- 2/2019**

Basis for the claim:
**Potential Employee Claim**

Last 4 digits of account number **N/A**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.90 | $154.90 |
|---|---|---|---|---|

**Gary Glass**
**4414 Dearborn Avenue**
**Hammond, IN 46324**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2019- 2/2019**

Basis for the claim:
**Potential Employee Claim**

Last 4 digits of account number **N/A**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.90 | $154.90 |
|---|---|---|---|---|

**Gregory Slay**
**443 W 129th Place**
**Chicago, IL 60628**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2019- 2/2019**

Basis for the claim:
**Potential Employee Claim**

Last 4 digits of account number **N/A**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

| Debtor | **Calumet Abrasives Co., Inc.** | Case number (if known) | **19-21257** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1.00** | **$1.00** |
|---|---|---|---|---|

2.19 | Priority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$1.00**    **$1.00**

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Taxes**

Last 4 digits of account number **Unk**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

2.20 | Priority creditor's name and mailing address
**Jacob Spivey**
**2412 West 61st Place**
**Merrillville, IN 46410**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$154.90**    **$154.90**

Date or dates debt was incurred
**1/2019- 2/2019**

Basis for the claim:
**Potential Employee Claim**

Last 4 digits of account number **N/A**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

2.21 | Priority creditor's name and mailing address
**James Chase-Williams**
**6257 Garfield Avenue**
**Hammond, IN 46324**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$289.89**    **$289.89**

Date or dates debt was incurred
**1/2019- 2/2019**

Basis for the claim:
**Potential Employee Claim**

Last 4 digits of account number **N/A**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

2.22 | Priority creditor's name and mailing address
**James Downing**
**3331 W 40th Place**
**Gary, IN 46408**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$253.37**    **$253.37**

Date or dates debt was incurred
**1/2019- 2/2019**

Basis for the claim:
**Potential Employee Claim**

Last 4 digits of account number **N/A**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

| Debtor | **Calumet Abrasives Co., Inc.** | Case number (if known) | **19-21257** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address<br>**Jasmine McDaniel**<br>**3827 Fir Street**<br>**East Chicago, IN 46312** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$154.90** | **$154.90** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/2019- 2/2019** | Basis for the claim:<br>**Potential Employee Claim** | | |
| | Last 4 digits of account number **N/A**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address<br>**Javonna Howard**<br>**3344 169th Street Apt G133**<br>**Hammond, IN 46323** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$334.24** | **$334.24** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/2019- 2/2019** | Basis for the claim:<br>**Potential Employee Claim** | | |
| | Last 4 digits of account number **N/A**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address<br>**John Willis**<br>**4440 Maryland**<br>**Gary, IN 46409** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/2019- 2/2019** | Basis for the claim:<br>**Potential Employee Claim** | | |
| | Last 4 digits of account number **N/A**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address<br>**Jordyn Anderson**<br>**8812 Kennedy Avenue**<br>**Highland, IN 46322** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$91.34** | **$91.34** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/2019 - 2/2019** | Basis for the claim:<br>**Potential Employee Claim** | | |
| | Last 4 digits of account number **N/A**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Calumet Abrasives Co., Inc.** | | Case number (if known) | **19-21257** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.27 | Priority creditor's name and mailing address<br>**Jordyn Anderson**<br>**8812 Kennedy Avenue**<br>**Highland, IN 46322** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,000.00** | **$2,000.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/2019-2/2019** | Basis for the claim:<br>**Potential Employee Claim** | | |
| | Last 4 digits of account number **N/A**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.28 | Priority creditor's name and mailing address<br>**Juawana Brooks**<br>**1677 State Street**<br>**Calumet City, IL 60409** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$293.70** | **$293.70** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/2019- 2/2019** | Basis for the claim:<br>**Potential Employee Claim** | | |
| | Last 4 digits of account number **N/A**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.29 | Priority creditor's name and mailing address<br>**Lili Cantero**<br>**7011 California Avenue**<br>**Hammond, IN 46323** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$117.04** | **$117.04** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/2019- 2/2019** | Basis for the claim:<br>**Potential Employee Claim** | | |
| | Last 4 digits of account number **N/A**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.30 | Priority creditor's name and mailing address<br>**Lisa Sawyer**<br>**14428 S Leavitt**<br>**Dixmoor, IL 60426** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$714.30** | **$714.30** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/2019- 2/2019** | Basis for the claim:<br>**Potential Employee Claim** | | |
| | Last 4 digits of account number **N/A**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Calumet Abrasives Co., Inc.** | Case number (if known) | **19-21257** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$155.00** | **$155.00** |
|---|---|---|---|---|

**Lydell Ivy**
**424 Adams**
**Gary, IN 46408**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/2019- 2/2019** | **Potential Employee Claim** |

Last 4 digits of account number **N/A**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Maria Martigani**
**8334 Monroe Avenue**
**Munster, IN 46321**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/2019- 2/2019** | **Potential Employee Claim** |

Last 4 digits of account number **N/A**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$142.27** | **$142.27** |
|---|---|---|---|---|

**Michael Howard**
**3344 169th Street Apt. G133**
**Hammond, IN 46323**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/2019- 2/2019** | **Potential Employee Claim** |

Last 4 digits of account number **N/A**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13.77** | **$13.77** |
|---|---|---|---|---|

**Quate Green**
**4918 Ivy Street**
**East Chicago, IN 46312**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/2019- 2/2019** | **Potential Employee Claim** |

Last 4 digits of account number **N/A**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

| Debtor | **Calumet Abrasives Co., Inc.** | Case number (if known) | **19-21257** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $217.40 | $217.40 |
|---|---|---|---|---|

**Rachel Anderson**
**8828 5th Street**
**Highland, IN 46322**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2019- 2/2019**

Basis for the claim:
**Potential Employee Claim**

Last 4 digits of account number **N/A**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $703.20 | $703.20 |
|---|---|---|---|---|

**Raymond Sparks**
**1834 Holly Lane**
**Munster, IN 46321**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2019- 2/2019**

Basis for the claim:
**Potential Employee Claim**

Last 4 digits of account number **N/A**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,033.24 | $8,033.24 |
|---|---|---|---|---|

**Raymond Sparks**
**1834 Holly Lane**
**Munster, IN 46321**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2019- 2/2019**

Basis for the claim:
**Potential Employee Claim**

Last 4 digits of account number **N/A**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $318.33 | $318.33 |
|---|---|---|---|---|

**Robert McClain**
**530 E Lewis**
**Hammond, IN 46320**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2019- 2/2019**

Basis for the claim:
**Potential Employee Claim**

Last 4 digits of account number **N/A**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

| Debtor | **Calumet Abrasives Co., Inc.** | | Case number (if known) | **19-21257** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.90 | $154.90 |

**Roger Nystrom**
**4943 Olcott Avenue**
**East Chicago, IN 46312**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2019- 2/2019**

Basis for the claim:
**Potential Employee Claim**

Last 4 digits of account number **N/A**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $273.08 | $273.08 |

**Rosalva Rojas**
**5330 Pierce Street**
**Merrillville, IN 46410**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2019- 2/2019**

Basis for the claim:
**Potential Employee Claim**

Last 4 digits of account number **N/A**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,321.98 | $5,321.98 |

**Rosalva Rojas**
**5330 Pierce Street**
**Merrillville, IN 46410**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2019-2/2019**

Basis for the claim:
**Potential Employee Claim**

Last 4 digits of account number **N/A**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $232.78 | $232.78 |

**Ryan Mattingly**
**1733 Rensselaer Street**
**Munster, IN 46321**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2019- 2/2019**

Basis for the claim:
**Potential Employee Claim**

Last 4 digits of account number **N/A**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| Debtor | **Calumet Abrasives Co., Inc.** | Case number *(if known)* | **19-21257** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $634.88 | $634.88 |
|---|---|---|---|---|

**Tina Evans**
**1210 West 151st Street**
**East Chicago, IN 46312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2019- 2/2019**

Basis for the claim:
**Potential Employee Claim**

Last 4 digits of account number **N/A**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $154.90 | $154.90 |
|---|---|---|---|---|

**Tranquillia Bolian**
**3615 167th**
**Hammond, IN 46323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2019- 2/2019**

Basis for the claim:
**Potential Employee Claim**

Last 4 digits of account number **N/A**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $205.81 | $205.81 |
|---|---|---|---|---|

**Tristan Thomas**
**5974 Polk Street**
**Merrillville, IN 46410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2019- 2/2019**

Basis for the claim:
**Potential Employee Claim**

Last 4 digits of account number **N/A**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,955.48 | $2,955.48 |
|---|---|---|---|---|

**Tristan Thomas**
**5974 Polk Street**
**Merrillville, IN 46410**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2019- 2/2019**

Basis for the claim:
**Potential Employee Claim**

Last 4 digits of account number **N/A**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

Debtor **Calumet Abrasives Co., Inc.**
_____
Name

Case number _(if known)_    **19-21257**

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.95 | $104.95 |
|---|---|---|---|---|

**Vincent Spina**
**3819 Grand Blvd #2**
**East Chicago, IN 46312**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2019- 2/2019**

Basis for the claim:
**Potential Employee Claim**

Last 4 digits of account number **N/A**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.**    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | $967,830.38 |

**3M Cottage Grove**
**28070 Payshpere Circle**
**Chicago, IL 60674**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Loan**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | $9,615.11 |
|---|---|---|

**Accucraft Imaging, Inc.**
**5920 Hohman Avenue**
**Hammond, IN 46320**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | $375.00 |
|---|---|---|

**Accuware**
**799 Roosevelt Road, Suite 3-218**
**Glen Ellyn, IL 60137**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | $10,052.08 |
|---|---|---|

**Air Comfort**
**2550 Braga Drive**
**Broadview, IL 60155**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | $6,321.67 |
|---|---|---|

**American Express**
**PO Box 918537**
**El Paso, TX 79998**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2019**
Last 4 digits of account number _

Basis for the claim:  **Credit Card**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Calumet Abrasives Co., Inc.** | | Case number (if known) | **19-21257** |
|---|---|---|---|---|
| | Name | | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.38 |
|---|---|---|---|
| | Amerigas<br>P.O. Box 371473<br>Pittsburgh, PA 15250 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Utilities__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.00 |
|---|---|---|---|
| | Apex Total Property Maintenance, Inc.<br>2743 Highway Avenue<br>Highland, IN 46322 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $614.99 |
|---|---|---|---|
| | AT&T Fiber Broadband<br>P.O. Box 5019<br>Carol Stream, IL 60197 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Internet__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,979.45 |
|---|---|---|---|
| | AT&T Mobility<br>P.O. Box 6463<br>Carol Stream, IL 60197 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Phone Bill__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,331.35 |
|---|---|---|---|
| | Austgen Electric<br>801 East Main Street<br>Griffith, IN 46319 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,348.00 |
|---|---|---|---|
| | Beverly Snow & Ice<br>16504 S. Dixie Hwy<br>Markham, IL 60428 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Snow and Ice Removal__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,795.82 |
|---|---|---|---|
| | Burgett CCM<br>P.O. Box 10517<br>Merrillville, IN 46410 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Calumet Abrasives Co., Inc.**                                    Case number (if known)    **19-21257**
_____
Name

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $452.34 |
|---|---|---|---|

**Calumet Lumber**
**402 E. Chicago Avenue**
**East Chicago, IN 46312**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,680.00 |
|---|---|---|---|

**Ceva Freight, LLC**
**Dept 2309**
**Carol Stream, IL 60132**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,570.11 |
|---|---|---|---|

**Cintas-Medical**
**P.O. Box 631025**
**Cincinnati, OH 45263**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,065.44 |
|---|---|---|---|

**Cintas-Uniforms**
**P.O. Box 88005**
**Chicago, IL 60680**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uniforms**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.16 |
|---|---|---|---|

**CL VENDING**
**P.O. BOX 339**
**Cedar Lake, IN 46303-0339**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Comprehensive Care**
**7501 West 15th Avenue**
**Gary, IN 46406**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $518.25 |
|---|---|---|---|

**COTG**
**P.O. Box 5940**
**Lock Box #20-OE-001**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Calumet Abrasives Co., Inc.** | Case number (if known) | **19-21257** |
|---|---|---|---|
| | Name | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$380.97** |
|---|---|---|---|
| | **DHL Express** | ☐ Contingent | |
| | **16592 Collection Center Drive** | ☐ Unliquidated | |
| | **Chicago, IL 60693** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Trade Debt** | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,420.89** |
|---|---|---|---|
| | **Englewood Electrical Supply** | ☐ Contingent | |
| | **P.O. Box 802578** | ☐ Unliquidated | |
| | **Chicago, IL 60680** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Trade Debt** | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$215.90** |
|---|---|---|---|
| | **Fisher Container Corp.** | ☐ Contingent | |
| | **1111 Busch Pkwy** | ☐ Unliquidated | |
| | **Buffalo Grove, IL 60089** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Trade Debt** | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,363.76** |
|---|---|---|---|
| | **Grainger** | ☐ Contingent | |
| | **Dept 801849506** | ☐ Unliquidated | |
| | **Palatine, IL 60038** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Trade Debt** | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$325.00** |
|---|---|---|---|
| | **Hammond Police Alarm Administrator** | ☐ Contingent | |
| | **City of Hammond** | ☐ Unliquidated | |
| | **509 Douglas Street** | ☐ Disputed | |
| | **Hammond, IN 46320** | | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Alarm System** | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$408.43** |
|---|---|---|---|
| | **Hammond Water Works Dept.** | ☐ Contingent | |
| | **6505 Columbia Ave** | ☐ Unliquidated | |
| | **Hammond, IN 46320** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Utilities** | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,643.76** |
|---|---|---|---|
| | **Heritage-Crystal Clean** | ☐ Contingent | |
| | **13621 Collections Center Drive** | ☐ Unliquidated | |
| | **Chicago, IL 60693** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Trade Debt** | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Calumet Abrasives Co., Inc.** | Case number *(if known)* | **19-21257** |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,661.20** |
|---|---|---|---|

**Heucotech Ltd.**
**P.O. Box 416247**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,235.36** |
|---|---|---|---|

**HINSHAW & CULBERSON LLP**
**8142 Solutions Center Drive**
**Chicago, IL 60677-8001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Attorney Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,380.00** |
|---|---|---|---|

**Hydramet American, Inc.**
**P.O. Box 40**
**Royal Oak, MI 48068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Indiana Dept. of Environmental Managemen**
**Indiana Gov. Center North**
**100 North Senate Avenue**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$227,996.32** |
|---|---|---|---|

**Industrial Polymers and Chemicals, Inc.**
**508 Boston Turnpike**
**Shrewsbury, MA 01545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94.03** |
|---|---|---|---|

**J&L Fasteners**
**P.O. Box 2248**
**Hammond, IN 46323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$373.53** |
|---|---|---|---|

**J.W. Donchin Co.**
**4841 W. Chicago Avenue**
**Chicago, IL 60651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Calumet Abrasives Co., Inc.** | Case number *(if known)* | **19-21257** |
|---|---|---|---|
| | Name | | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,150.56 |
|---|---|---|---|

**Jesenek**
**Kocbekova c.24**
**3202 LJubecna 3202**
**Slovenia**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**John Anderson**
**1305 Tamarack Drive**
**Munster, IN 46321**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,181.10 |
|---|---|---|---|

**Keller -Heart Oil**
**4411 S. Tripp Avenue**
**Chicago, IL 60632**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $364.50 |
|---|---|---|---|

**Konrady Plastics, Inc.**
**1780 Coppes Court**
**Portage, IN 46368**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $937.52 |
|---|---|---|---|

**Kronos**
**P.O. Box 743208**
**Atlanta, GA 30374**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,680.00 |
|---|---|---|---|

**Labor Out**
**Rick Sparks**
**P.O. Box 605**
**Schererville, IN 46375**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,578.45 |
|---|---|---|---|

**Landsberg**
**25794 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Calumet Abrasives Co., Inc.** | Case number (if known) | **19-21257** |
|---|---|---|---|
| | Name | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,031.66 |
|---|---|---|---|

Levin Ginsburg
180 North LaSalle Street
Chicago, IL 60601

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Attorney fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.38 |
|---|---|---|---|

Lindy's Ace Hardware
6220 Kennedy Avenue
Hammond, IN 46323

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,126.89 |
|---|---|---|---|

Maternini
Via Agostino Novella, Zona Industrial
21046 Malnate (VA)Italia

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,615.53 |
|---|---|---|---|

McMaster Carr Supply
P.O. Box 7690
Chicago, IL 60680

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $678.75 |
|---|---|---|---|

Miami Valley Worldwide, Inc.
1300 E Third Street
Dayton, OH 45403

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163.90 |
|---|---|---|---|

New York State Insurance
1 Watervliet Avenue
Albany, NY 12206

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,243.80 |
|---|---|---|---|

Nexus Employment
P.O. Box 1053
Bedford Park, IL 60499

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Calumet Abrasives Co., Inc.** | Case number (if known) | **19-21257** |
|---|---|---|---|
| | Name | | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,790.43** |
|---|---|---|---|

**Prairie State Group**
**11100 Addison Avenue**
**Franklin Park, IL 60131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,031.87** |
|---|---|---|---|

**Quincy Compressor**
**Department 3427**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,511.00** |
|---|---|---|---|

**Reichelt Plumbing**
**P.O. Box 177**
**Schererville, IN 46375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$683.35** |
|---|---|---|---|

**Ricoh/Wells Fargo**
**P.O. Box 740541**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80,000.00** |
|---|---|---|---|

**Robert M Shindorf**
**C/o Stone Fox Ventures, LLC**
**3890 Buchanan Avenue SW**
**Grand Rapids, MI 49548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Back wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$355.00** |
|---|---|---|---|

**Salyer Plumbing, Inc.**
**2209 East 165th Street**
**Hammond, IN 46320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$675.00** |
|---|---|---|---|

**Shakespeare Machine**
**2801 S. Mermorial Drive**
**Racine, WI 53403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Calumet Abrasives Co., Inc.** | Case number (if known) | **19-21257** |
|---|---|---|---|
| | Name | | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$490.00** |
|---|---|---|---|

**Sheet Metal Services**
**9944 Express Drive**
**Highland, IN 46322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41.09** |
|---|---|---|---|

**Stagg/Dival Safety**
**163 S. Third Avenue**
**Evansville, IN 47708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,572.00** |
|---|---|---|---|

**Standard Cartage Comp.**
**2400 South 27th Avenue**
**Broadview, IL 60155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42.08** |
|---|---|---|---|

**Staples**
**P.O. Box 183174**
**Columbus, OH 43218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Office Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,329.85** |
|---|---|---|---|

**Star Tool & Die Works, Inc.**
**640 East 217th Street**
**Chicago Heights, IL 60411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,730.00** |
|---|---|---|---|

**Swartz, Retson & Co., P.C.**
**235 E 86th Avenue**
**Merrillville, IN 46410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Compliance fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,286.00** |
|---|---|---|---|

**Tech Weigh**
**1004 Reder Road**
**Griffith, IN 46319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Calumet Abrasives Co., Inc.** | Case number (if known) | **19-21257** |
|---|---|---|---|
| | Name | | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,850.00** |
|---|---|---|---|

**Tim O'Connell**
**1003 E. 31st Street**
**La Grange Park, IL 60526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Professional fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,078.60** |
|---|---|---|---|

**Trinity Logistics, Inc.**
**P.O. Box 62702**
**Baltimore, MD 21264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$792.98** |
|---|---|---|---|

**ULINE**
**P.O. Box 88741**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.80** |
|---|---|---|---|

**Unifirst Corporation**
**4545 Calument Avenue**
**Hammond, IN 46327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,743.95** |
|---|---|---|---|

**UPS**
**Lockbox 577**
**Carol Stream, IL 60132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$249.94** |
|---|---|---|---|

**Welch Packaging**
**24775 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,622.04** |
|---|---|---|---|

**Wertheimer**
**7950 W. Joliet Road, Suite 100**
**La Grange, IL 60525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Calumet Abrasives Co., Inc.** | | Case number (if known) | **19-21257** |
|---|---|---|---|---|
| | Name | | | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,517.29 |
|---|---|---|---|
| | **YRC Freight**<br>**P.O. Box 93151**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Trade Debt__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **3M Cottage Grove**<br>**C/o Reg. Agent**<br>**Corporation Service Company**<br>**135 North Pennsylvania Street,Suite 1610**<br>**Indianapolis, IN 46204** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **3M Cottage Grove**<br>**3M Center Drive**<br>**Saint Paul, MN 55144** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Brian Hittinger**<br>**Krieg Devault**<br>**8001 Broadway Suite 400**<br>**Merrillville, IN 46410** | Line __3.35__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Shawn Cox**<br>**Hodges & Davis PC**<br>**8700 Broadway**<br>**Merrillville, IN 46410** | Line __3.35__<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 28,465.51 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,558,059.99 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,586,525.50 |

**Fill in this information to identify the case:**

Debtor name    **Calumet Abrasives Co., Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF INDIANA

Case number (if known)    **19-21257**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
       ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Year to year lease at 3023- 169th Place, Hammond, IN 46323 $5,500.00/monthly 10 Months**<br><br><br>**3023 - 169th Place, LLC**<br>**Hammond, IN 46323** |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Year to year lease at 3039 169th Place, Hammond, IN 46323 $5,500.00/monthly 10 Months**<br><br><br>**3039 -169th Place, LLC**<br>**Hammond, IN 46323** |
| **2.3.**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of 2019 Atlas Copco GA75VSD-175AP Compressor Package 57 Months**<br><br><br>**Wells Fargo Bank N.A.**<br>**300 Tri-State International**<br>**Lincolnshire, IL 60069** |

Debtor 1    **Calumet Abrasives Co., Inc.**                                      Case number (*if known*)    **19-21257**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Leased Equipment as follows: Ricoh MP3054SP C84155924 G156R230906 Ricoh MP3054SP C84155955 G156R230893 Ricoh MP C3003 C84155892 E156M260465 Ricoh MP3054SP C84155923 G155R830594** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Vendor Financial Services P.O. Box 13708 Macon, GA 31208-3708** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease to own Equipment** | |
|---|---|---|---|
| | State the term remaining | **32 Months** | **Wintrust Capital 9700 West Higgins Road, Suite 1015 Des Plaines, IL 60018** |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: |
|---|
| Debtor name **Calumet Abrasives Co., Inc.** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF INDIANA |
| Case number (if known) **19-21257** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **John Anderson** | **1305 Tamarack Drive Munster, IN 46321** | **First Midwest Bank** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **John Anderson** | **1305 Tamarack Drive Munster, IN 46321** | **First Midwest Bank** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Calumet Abrasives Co., Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF INDIANA

Case number (if known)    **19-21257**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:**    **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$-809,549.80** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**

| Debtor | **Calumet Abrasives Co., Inc.** | Case number *(if known)* **19-21257** |
|---|---|---|

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **First Midwest Bank v Calumet Abrasives Co. Inc.; Calumet Abrasives v. John Anderson 45D10-1903-PL-212 & 45D01-1904-CT-000377** | | **Lake Superior Court Rm 2 2293 N Main Street Crown Point, IN 46307** | ■ Pending / ☐ On appeal / ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Calumet Abrasives Co., Inc.                                Case number (if known)  19-21257

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| **Claim with Travelers Insurance for Equipment issue, Claim #FAC5007. Equipment at issue is a Matternini press and compressor.** | | **May, 2018** | **Unknown** |

### Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Daniel L. Freeland & Assoc., P.C.**<br>**9105 Indianapolis Blvd.**<br>**Highland, IN 46322** | | **4/26/2019 & 5/7/2019** | **$23,522.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:  Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☑ Does not apply

Debtor    **Calumet Abrasives Co., Inc.**                                                    Case number *(if known)*  **19-21257**

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First Midwest Bank**<br>**P.O. Box 125**<br>**Bedford Park, IL 60499** | **XXXX-** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | **Unknown** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

---

Debtor    **Calumet Abrasives Co., Inc.**                                    Case number *(if known)*  **19-21257**

---

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

   | Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
   |---|---|---|---|
   | **L & M Storage**<br>**425 W 151st Street**<br>**East Chicago, IN 46312** | **Debtor** | **(2) Maternini MDM400 presses. (1) Hydramet HC30 press. (1) Maternini Double Bowl Mixer.** | ☐ No<br>■ Yes |
   | **Austgen Properties**<br>**203 N. Colfax**<br>**Griffith, IN 46319** | **Debtor** | **3M grain and miscellaneous machinery.  All equipment and grain has now been moved back into Debtor's facilities.** | ■ No<br>☐ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

   | Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
   |---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

   | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
   |---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

---

Debtor    Calumet Abrasives Co., Inc.                                    Case number *(if known)*  19-21257

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **William J. Hanley, CPA**<br>**Wipfli LLP**<br>**18402 West Creek Drive**<br>**Tinley Park, IL 60477** | |
| 26a.2.  **Tim O'Connell**<br>**1003 E. 31st Street**<br>**La Grange Park, IL 60526** | **5/18 - 1/19** |
| 26a.3.  **Petri Financial**<br>**3851 N 625 W**<br>**La Porte, IN 46350** | **7/18 - 12/18** |
| 26a.4.  **Stone Fox Staffing**<br>**3890 Buchanan Ave S.W.**<br>**Grand Rapids, MI 49548** | **12/18 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **William J. Hanley, CPA**<br>**Wipfli LLP**<br>**18402 West Creek Drive**<br>**Tinley Park, IL 60477** | |
| 26c.2.  **Stone Fox Staffing**<br>**3890 Buchanan Ave S.W.**<br>**Grand Rapids, MI 49548** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Debtor    **Calumet Abrasives Co., Inc.**                                   Case number *(if known)*  **19-21257**

---

**Name and address**

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ☐  No
   ☑  Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **J. Steven Gross -M.E.I. Corporation** | **5/19/2019** | **Force Liquidation Value Appraisal $337,600** |
| | Name and address of the person who has possession of inventory records **Calumen Abrasives** | | |
| 27.2. | **J. Steven Gross - M.E.I. Corporation** | **5/19/2019** | **Fair Market Value $812,150** |
| | Name and address of the person who has possession of inventory records **Calumet Abrasives** | | |
| 27.3. | **J. Steven Gross - M.E.I. Corporation** | **5/19/2019** | **Orderly Liquidation Value $461,900** |
| | Name and address of the person who has possession of inventory records **Calumet Abrasives** | | |
| 27.4. | **M.E.I. Corporation** | **11/14/2018** | **Forced Liquidation Value $1,073,3000** |
| | Name and address of the person who has possession of inventory records **Calumet Abrasives** | | |
| 27.5. | **M.E.I Corporation** | **11/14/2018** | **Fair Market Value $2,432,650** |
| | Name and address of the person who has possession of inventory records **Calumet Abrasives** | | |
| 27.6. | **M.E.I. Corporation** | **11/14/2018** | **Orderly Liquidation Value $1,432,300** |
| | Name and address of the person who has possession of inventory records **Calumet Abrasives** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

---

Debtor    Calumet Abrasives Co., Inc.                                    Case number *(if known)*  19-21257

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Robert M Shindorf | C/o Stone Fox Ventures, LLC 3890 Buchanan Avenue SW Grand Rapids, MI 49548 | Director, President, Secretary and Treasurer | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| John Anderson | 1305 Tamarack Drive Munster, IN 46321 | Resigned from his positions as Director and Officer of Company on 12/14/2018 | 50 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| John Anderson | 1305 Tamarack Drive Munster, IN 46321 | 5 Shares Former Director and Officer of Company | Resigned positions 12/14/2018 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1 . | John Anderson 1305 Tamarack Drive Munster, IN 46321 | 174,868.17 | 1/1/18 - 12/31/18 | Salary |
| | **Relationship to debtor** Current shareholder, former Director, President, Treasurer and Secretary | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in

Debtor    **Calumet Abrasives Co., Inc.**                                    Case number *(if known)*  **19-21257**

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 18, 2019**

**/s/ Robert M. Shindorf**                            **Robert M. Shindorf**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President, Treasurer, Secretary and sole Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

# Calumet Abrasives
## Transactions by Account
### As of May 7, 2019

| Type | Date | Num | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Bil Pmt -Check | 05/21/2019 | 10096 | 3M Cottage Grove | CDVG274 | | 2110 · Accounts Payable - USD | | 98,748.73 | 447,179.20 |
| Bil Pmt -Check | 05/20/2019 | 10097 | 3M Cottage Grove | CDVG274 | | 2110 · Accounts Payable - USD | | 99,454.90 | 363,070.32 |
| Bil Pmt -Check | 05/24/2019 | ACH | 3M Cottage Grove | CDVG274 | | 2110 · Accounts Payable - USD | | 25,906.90 | 17,717.61 |
| Bil Pmt -Check | 04/24/2019 | 10132 | Accucut Imaging, Inc | | √ | 2110 · Accounts Payable - USD | | 2,873.60 | 398,484.03 |
| Bil Pmt -Check | 04/01/2019 | 10099 | Accucut Imaging, Inc | | √ | 2110 · Accounts Payable - USD | | 2,558.16 | 444,521.04 |
| Bil Pmt -Check | 02/06/2019 | 10016 | Accucut Imaging, Inc | | √ | 2110 · Accounts Payable - USD | | 1,943.96 | 115,706.94 |
| Check | 03/05/2019 | 14121 | Anderson, John G | | √ | 2604.01 · Hettled - Anderson Non | | 25,000.00 | 4,888.62 |
| Bil Pmt -Check | 04/24/2019 | 14041 | Cova Freight, LLC | 30853573 | √ | 2110 · Accounts Payable - USD | | 4,125.00 | 67,866.01 |
| Bil Pmt -Check | 02/14/2019 | 13926 | Cova Freight, LLC | 30853573 | √ | 2110 · Accounts Payable - USD | | 1,645.00 | 81,393.11 |
| Bil Pmt -Check | 02/06/2019 | 10020 | Cova Freight, LLC | 30853573 | √ | 2110 · Accounts Payable - USD | | 1,645.00 | 109,964.35 |
| Bil Pmt -Check | 04/01/2019 | 10104 | Cova Freight, LLC | 30853573 | √ | 2110 · Accounts Payable - USD | | 1,645.00 | 441,692.51 |
| Bil Pmt -Check | 02/14/2019 | 13927 | Cintas-Medical | 0010052443 | √ | 2110 · Accounts Payable - USD | | 1,208.57 | 80,184.54 |
| Bil Pmt -Check | 02/21/2019 | 10042 | Cintas-Uniforms | C0004 | √ | 2110 · Accounts Payable - USD | | 1,065.17 | 35,944.42 |
| Bil Pmt -Check | 03/04/2019 | 10065 | Cintas-Uniforms | C0004 | √ | 2110 · Accounts Payable - USD | | 756.92 | 263,234.29 |
| Bil Pmt -Check | 02/14/2019 | 13945 | Cintas-Uniforms | C0004 | √ | 2110 · Accounts Payable - USD | | 519.26 | 79,665.34 |
| Bil Pmt -Check | 04/01/2019 | 10105 | Cintas-Uniforms | C0004 | √ | 2110 · Accounts Payable - USD | | 109.23 | 441,490.79 |
| Bil Pmt -Check | 04/24/2019 | 10134 | Cintas-Uniforms | C0004 | √ | 2110 · Accounts Payable - USD | | 199.23 | 397,102.59 |
| Check | 05/07/2019 | Wire | Daniel Freeland | | | 6230-01 · Professional - Legal | | 18,522.00 | 252,605.10 |
| Check | 04/25/2019 | WIRE | Daniel Freeland | | | 6230-01 · Professional - Legal | | 5,000.00 | 288,146.70 |
| Bil Pmt -Check | 03/25/2019 | ACH | Durez Corporation | 1000596 | √ | 2110 · Accounts Payable - USD | | 10,716.60 | 18,803.60 |
| Bil Pmt -Check | 05/02/2019 | ACH | Durez Corporation | 1000596 | √ | 2110 · Accounts Payable - USD | | 8,772.00 | 75,060.97 |
| Bil Pmt -Check | 04/24/2019 | WIRE | Durez Corporation | 1000596 | √ | 2110 · Accounts Payable - USD | | 8,777.00 | 293,122.28 |
| Bil Pmt -Check | 03/20/2019 | ACH | Durez Corporation | 1000596 | √ | 2110 · Accounts Payable - USD | | 7,938.60 | 25,482.45 |
| Bil Pmt -Check | 03/04/2019 | 10052 | Durez Corporation | 1000596 | √ | 2110 · Accounts Payable - USD | | 7,938.60 | 334,031.21 |
| Bil Pmt -Check | 02/12/2019 | 13921 | Durez Corporation | 1000596 | √ | 2110 · Accounts Payable - USD | | 5,560.00 | 61,769.79 |
| Bil Pmt -Check | 02/06/2019 | ACH | First Midwest Bank (000627) | | √ | 2110 · Accounts Payable - USD | | 16,746.53 | 42,075.84 |
| Bil Pmt -Check | 04/08/2019 | ACH | First Midwest Bank (000627) | | √ | 2110 · Accounts Payable - USD | | 16,746.53 | 8,038.68 |
| Check | 03/06/2019 | ACH | First Midwest Bank (000627) | | √ | -SPLIT- | | 16,746.53 | 91,461.08 |
| Check | 03/22/2019 | DEBIT | Foster Swift | | | 1420-01 · Prepad Contracts | | 15,000.00 | 326,531.85 |
| Bil Pmt -Check | 04/24/2019 | 10136 | Granger, Inc | 801849506 | √ | 2110 · Accounts Payable - USD | | 3,003.87 | 393,008.71 |
| Bil Pmt -Check | 04/01/2019 | 10107 | Granger, Inc | 801849506 | √ | 2110 · Accounts Payable - USD | | 2,164.87 | 437,778.41 |
| Bil Pmt -Check | 02/21/2019 | 10043 | Granger, Inc | 801849506 | √ | 2110 · Accounts Payable - USD | | 1,608.47 | 34,335.95 |
| Bil Pmt -Check | 03/20/2019 | 10069 | Granger, Inc | 801849506 | √ | 2110 · Accounts Payable - USD | | 803.19 | 280,668.13 |
| Bil Pmt -Check | 04/01/2019 | 10110 | Hydramet American, Inc. (V) | C0020 | √ | 2110 · Accounts Payable - USD | | 23,967.00 | 412,870.73 |
| Bil Pmt -Check | 04/24/2019 | 10141 | Hydramet American, Inc (V) | C0020 | √ | 2110 · Accounts Payable - USD | | 3,170.00 | 385,505.76 |
| Bil Pmt -Check | 03/22/2019 | ACH | Imerys Fused Minerals Niagra Falls, Inc | | √ | 2110 · Accounts Payable - USD | | 19,240.16 | 27,566.20 |
| Bil Pmt -Check | 05/02/2019 | ACH | Imerys Fused Minerals Niagra Falls, Inc | | √ | 2110 · Accounts Payable - USD | | 18,468.60 | 56,592.27 |
| Bil Pmt -Check | 02/06/2019 | Wire | Imerys Fused Minerals Niagra Falls, Inc | | √ | 2110 · Accounts Payable - USD | | 8,176.60 | 163,566.97 |
| Bil Pmt -Check | 03/04/2019 | 10056 | Imerys Fused Minerals Niagra Falls, Inc | | √ | 2110 · Accounts Payable - USD | | 7,904.15 | 256,330.14 |
| Bil Pmt -Check | 03/20/2019 | ACH | Imerys Fused Minerals Niagra Falls, Inc | | √ | 2110 · Accounts Payable - USD | | 2,880.00 | 33,421.05 |
| Bil Pmt -Check | 04/01/2019 | 10111 | Industrial Polymers and Chemicals, Inc | 0004672 | √ | 2110 · Accounts Payable - USD | | 76,291.70 | 336,579.03 |
| Bil Pmt -Check | 03/20/2019 | 10270 | Industrial Polymers and Chemicals, Inc | 0004672 | √ | 2110 · Accounts Payable - USD | | 44,695.64 | 235,972.49 |
| Bil Pmt -Check | 03/04/2019 | 10257 | Industrial Polymers and Chemicals, Inc | 0004672 | √ | 2110 · Accounts Payable - USD | | 38,932.50 | 216,407.64 |
| Bil Pmt -Check | 02/06/2019 | 10013 | Industrial Polymers and Chemicals, Inc | 0004672 | √ | 2110 · Accounts Payable - USD | | 36,660.00 | 176,886.97 |
| Bil Pmt -Check | 04/24/2019 | 10142 | Industrial Polymers and Chemicals, Inc | 0004672 | √ | 2110 · Accounts Payable - USD | | 28,725.95 | 357,760.81 |

## Calumet Abrasives
## Transactions by Account
### As of May 7, 2019

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 02/14/2019 | 13535 | Industrial Polymers and Chemicals, Inc | 0004672 | ✓ | 2110 · Accounts Payable - USD | 25,136.30 | 49,100.83 |
| Bill Pmt -Check | 02/21/2019 | 10032 | Industrial Polymers and Chemicals, Inc | 0004672 | ✓ | 2110 · Accounts Payable - USD | 25,000.00 | 13,789.47 |
| Check | 02/25/2019 | 13519 | JOHN G ANDERSON* | | ✓ | 2006 01 · ...GA Distribution | 10,000.00 | 20,487.09 |
| Bill Pmt -Check | 02/14/2019 | 13595 | Labor Out | | ✓ | 2110 · Accounts Payable - USD | 2,310.00 | 45,049.11 |
| Bill Pmt -Check | 02/21/2019 | 10039 | Labor Out | | ✓ | 2110 · Accounts Payable - USD | 840.00 | 38,333.12 |
| Bill Pmt -Check | 03/04/2019 | 10059 | Labor Out | | ✓ | 2110 · Accounts Payable - USD | 840.00 | 178,336.95 |
| Bill Pmt -Check | 04/01/2019 | 10112 | Labor Out | | ✓ | 2110 · Accounts Payable - USD | 840.00 | 335,739.03 |
| Bill Pmt -Check | 03/04/2019 | 10053 | Lake County Treasurer | 39137425 | ✓ | 2110 · Accounts Payable - USD | 37,231.79 | 179,175.85 |
| Bill Pmt -Check | 05/03/2019 | ACH | Nationwide | | ✓ | 2110 · Accounts Payable - USD | 20,416.68 | 266,425.62 |
| Bill Pmt -Check | 04/29/2019 | 14042 | Nexus Employment | | ✓ | 2110 · Accounts Payable - USD | 13,714.24 | 54,151.77 |
| Bill Pmt -Check | 04/01/2019 | 10114 | Nexus Employment | | ✓ | 2110 · Accounts Payable - USD | 9,422.64 | 322,972.99 |
| Bill Pmt -Check | 03/04/2019 | 10050 | Nexus Employment | | ✓ | 2110 · Accounts Payable - USD | 675.68 | 177,660.17 |
| Bill Pmt -Check | 02/15/2019 | ACH | Nepsco - 276-651-008-9 | 276-651-008-9 | ✓ | 2110 · Accounts Payable - USD | 1,803.85 | 13,586.85 |
| Bill Pmt -Check | 03/18/2019 | ACH | Nepsco - 276-651-008-9 | 276-651-008-9 | ✓ | 2110 · Accounts Payable - USD | 1,640.55 | 19,952.34 |
| Bill Pmt -Check | 04/08/2019 | ACH | Nepsco - 276-651-008-9 | 276-651-008-9 | ✓ | 2110 · Accounts Payable - USD | 1,362.76 | 24,765.21 |
| Bill Pmt -Check | 04/08/2019 | ACH | Nepsco - 322-747-000-7 | 322-747-000-7 | ✓ | 2110 · Accounts Payable - USD | 817.65 | 26,147.97 |
| Bill Pmt -Check | 02/07/2019 | ACH | Nepsco - 322-747-000-7 | 322-747-000-7 | ✓ | 2110 · Accounts Payable - USD | 575.16 | 30,497.09 |
| Bill Pmt -Check | 03/11/2019 | ACH | Nepsco - 322-747-000-7 | 322-747-000-7 | ✓ | 2110 · Accounts Payable - USD | 495.22 | 4,353.40 |
| Bill Pmt -Check | 02/15/2019 | ACH | Nepsco - 669-541-002-3 | 669-541-002-3 | ✓ | 2110 · Accounts Payable - USD | 12,267.92 | 1,317.94 |
| Bill Pmt -Check | 03/18/2019 | ACH | Nepsco - 669-541-002-3 | 669-541-002-3 | ✓ | 2110 · Accounts Payable - USD | 11,593.05 | 21,502.89 |
| Bill Pmt -Check | 04/12/2019 | ACH | Nepsco - 669-541-002-3 | 669-541-002-3 | ✓ | 2110 · Accounts Payable - USD | 10,051.15 | 19,270.40 |
| Bill Pmt -Check | 05/07/2019 | ACH | Nepsco - 757-567-004-9 | 757-567-004-9 | ✓ | 2110 · Accounts Payable - USD | 74.61 | 10,412.05 |
| Bill Pmt -Check | 04/08/2019 | ACH | Nepsco - 757-567-004-9 | 757-567-004-9 | ✓ | 2110 · Accounts Payable - USD | 73.65 | 26,965.62 |
| Bill Pmt -Check | 03/11/2019 | ACH | Nepsco - 757-567-004-9 | 757-567-004-9 | ✓ | 2110 · Accounts Payable - USD | 57.31 | 4,336.09 |
| Bill Pmt -Check | 02/07/2019 | ACH | Nepsco - 757-567-004-9 | 757-567-004-9 | ✓ | 2110 · Accounts Payable - USD | 39.43 | 31,062.25 |
| Bill Pmt -Check | 05/03/2019 | ACH | Prairie State Group | | ✓ | 2110 · Accounts Payable - USD | 13,879.76 | 42,712.61 |
| Bill Pmt -Check | 02/06/2019 | 10014 | Prairie State Group | | ✓ | 2110 · Accounts Payable - USD | 9,616.07 | 117,276.90 |
| Bill Pmt -Check | 04/24/2019 | 10148 | Prairie State Group | | ✓ | 2110 · Accounts Payable - USD | 6,886.53 | 345,315.20 |
| Bill Pmt -Check | 03/20/2019 | ACH | Prairie State Group | | ✓ | 2110 · Accounts Payable - USD | 6,331.59 | 36,921.01 |
| Bill Pmt -Check | 02/21/2019 | 10044 | Prairie State Group | | ✓ | 2110 · Accounts Payable - USD | 2,696.45 | 31,639.50 |
| Bill Pmt -Check | 02/21/2019 | 10045 | Quincy Compressor | 301817 | ✓ | 2110 · Accounts Payable - USD | 4,284.77 | 27,354.73 |
| Bill Pmt -Check | 04/24/2019 | 10150 | Ravine Capital, Llc | | ✓ | -SPLIT- | 15,000.00 | 328,598.00 |
| Bill Pmt -Check | 04/01/2019 | 10115 | Schneider | 2522815 | ✓ | 2110 · Accounts Payable - USD | 3,595.40 | 321,377.49 |
| Bill Pmt -Check | 03/20/2019 | 10071 | Schneider | 2522815 | ✓ | 2110 · Accounts Payable - USD | 3,396.90 | 232,572.59 |
| Bill Pmt -Check | 03/04/2019 | 10051 | Schneider | 2522815 | ✓ | 2110 · Accounts Payable - USD | 1,800.00 | 175,860.17 |
| Bill Pmt -Check | 04/01/2019 | 10116 | Star Tool & Die Works, Inc. | | ✓ | 2110 · Accounts Payable - USD | 12,167.60 | 309,209.69 |
| Bill Pmt -Check | 02/14/2019 | 13940 | Star Tool & Die Works, Inc. | | ✓ | 2110 · Accounts Payable - USD | 8,653.36 | 32,147.95 |
| Bill Pmt -Check | 03/20/2019 | 10072 | Star Tool & Die Works, Inc. | | ✓ | 2110 · Accounts Payable - USD | 7,606.65 | 224,955.74 |
| Bill Pmt -Check | 04/24/2019 | 10153 | Star Tool & Die Works, Inc. | | ✓ | 2110 · Accounts Payable - USD | 6,479.95 | 319,870.04 |
| Bill Pmt -Check | 03/04/2019 | 10052 | Star Tool & Die Works, Inc. | | ✓ | 2110 · Accounts Payable - USD | 5,331.05 | 170,529.12 |
| Bill Pmt -Check | 02/21/2019 | 10046 | Star Tool & Die Works, Inc. | | ✓ | 2110 · Accounts Payable - USD | 4,810.30 | 22,544.43 |
| Bill Pmt -Check | 02/06/2019 | 10018 | Star Tool & Die Works, Inc. | | ✓ | 2110 · Accounts Payable - USD | 1,575.00 | 113,435.06 |
| Bill Pmt -Check | 03/20/2019 | ACH | Stone Fox Staffing, LLC | | ✓ | 2110 · Accounts Payable - USD | 2,500.00 | 222,465.74 |
| Bill Pmt -Check | 04/17/2019 | ACH | Stone Fox Staffing, LLC | | ✓ | 2110 · Accounts Payable - USD | 2,500.00 | 260,020.97 |
| Bill Pmt -Check | 05/01/2019 | ACH | Stone Fox Staffing, LLC | | ✓ | 2110 01 · Accounts Payable - Pre-Petition | 2,500.00 | 198,368.79 |
| Bill Pmt -Check | 02/14/2019 | 13941 | Tognani Afeydi | 12355 | ✓ | 2110 · Accounts Payable - USD | 12,746.46 | 19,401.40 |

**Calumet Abrasives**
**Transactions by Account**
As of May 7, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 04/24/2019 | 10155 | Tegrant Alloyd | 12355 | 2110 · Accounts Payable - USD | 6,239.23 | 313,135.81 |
| Bill Pmt -Check | 02/14/2019 | 13558 | Tieton Enterprises | | 2110 · Accounts Payable - USD | -668.95 | 18,922.54 |
| Bill Pmt -Check | 02/05/2019 | ACH | United Health Care | 489710 | 2110 · Accounts Payable - USD | 16,000.19 | 329,905.56 |
| Bill Pmt -Check | 04/24/2019 | 10153 | Wertheimer | 02040 | 2110 · Accounts Payable - USD | 6,792.01 | 303,629.22 |
| Bill Pmt -Check | 04/01/2019 | 10118 | Wertheimer | 03040 | 2110 · Accounts Payable - USD | 3,855.94 | 304,800.21 |
| Bill Pmt -Check | 03/04/2019 | 10053 | Wertheimer | 03040 | 2110 · Accounts Payable - USD | 3,785.42 | 166,743.70 |
| Bill Pmt -Check | 02/14/2019 | 13543 | Wertheimer | 03040 | 2110 · Accounts Payable - USD | 3,294.56 | 14,905.42 |
| Bill Pmt -Check | 02/06/2019 | 10019 | Wertheimer | 03040 | 2110 · Accounts Payable - USD | 2,815.71 | 110,609.35 |
| Bill Pmt -Check | 04/01/2019 | 10119 | YRC | 3092/235L | 2110 · Accounts Payable - USD | 2,589.23 | 302,210.99 |
| Bill Pmt -Check | 02/14/2019 | 13560 | YRC | 3092/235L | 2110 · Accounts Payable - USD | 554.71 | 14,340.71 |

# Calumet Abrasives
## Transactions by Account
### As of June 17, 2019

**2550-01 · Related - Anderson loan**

| Type | Date | Num | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 05/02/2018 | | First Midwest Bank (296521) | VOID Tech Center... | | 1110-01 First Midwest - Checking | 2,026.17 | | 55,939.41 |
| Bill | 05/15/2018 | 06/25/17 | First Midwest Bank (296521) | | | 2110 Accounts Payable - USD | 2,755.94 | | 52,903.24 |
| Check | 04/20/2018 | | FIRST MIDWEST BANK (296522) | | | 1110-01 First Midwest - Checking | 9,13.96 | | 45,147.50 |
| Check | 05/23/2018 | | First Midwest Bank (296521) | 425629602 | | 1110-01 First Midwest - Checking | 7,050.86 | | 44,233.04 |
| Bill | 05/29/2018 | 06/11/18 | N Y L - 74 535 23  G | MONTHLY RENT & STORAGE | | 2110 Accounts Payable - USD | 1,017.75 | | 37,182.76 |
| General Journal | 06/01/2018 | 06/01/18 | | | | 6410-01 Rent | 1,562.70 | | 36,165.53 |
| Bill | 06/15/2018 | 06/01/18 | First Midwest Bank (296521) | | | 2110 Accounts Payable - USD | 7,755.94 | | 47,165.53 |
| Bill | 07/01/2018 | 201105 | | | | 2110 Accounts Payable - USD | | | 45,405.53 |
| General Journal | 07/02/2018 | 7/2/18 | John G ANDERSON* | MONTHLY CHECK PAID | | 6410-01 Rent | 1,562.00 | | 37,649.59 |
| Bill | 07/09/2018 | 135.70 | | Memo CHECK PAID | | 2110 Accounts Payable - USD | | 11,000.00 | 48,909.59 |
| Check | 07/16/2018 07/16/2018 | | First Midwest Bank (296501) | Memo CHECK PAID | | 1110-01 First Midwest - Checking | 1,500.00 | | 47,409.59 |
| Check | 07/17/2018 09/04/18 | | N Y L 032316 6A (LTC) | MONTHLY RENT & STORAGE | | 2110 Accounts Payable - USD | 12,500.00 | | 34,909.59 |
| Bill | 07/20/2018 6/12/18 | | N Y L - 74 535 23  G | | | 2110 Accounts Payable - USD | 7,050.86 | | 27,858.73 |
| Bill | 07/30/2018 | | | | | 2110 Accounts Payable - USD | 3,593.45 | | 24,255.28 |
| Credit Card Charge | 07/31/2018 01/27 CC | Mac Hotel | VICEROY CHICAGO | | | 2110 Accounts Payable - USD | 1,017.75 | | 23,248.03 |
| General Journal | 08/01/2018 | FIRST MIDWEST BANK (296520) | Check posted in AP in 10-2017 account for \ID chargeback | | 2211-01 Chase Inh - John Anderson-5007 | 1,563.32 | | 21,684.71 |
| General Journal | 08/10/2018 ACP-4 | First Midwest Bank (296501) | Bill paid by EFT on 6-23 not thru ck pmt | | 2110 Accounts Payable - USD | 2,301.48 | | 19,382.23 |
| General Journal | 08/10/2018 AEACction\17 | | MONTHLY RENT & STORAGE | | 6410-01 Rent | | 7,050.86 | 26,434.09 |
| Credit | 08/01/2018 AEA11/17/2017 | First Midwest Bank (296521) | | | 2110 Accounts Payable - USD | | 11,000.00 | 37,434.09 |
| Credit | 08/01/2018 7/2/18 | First Midwest Bank (296501) | VOID Duplicate payment item June | | 2110 Accounts Payable - USD | 0.00 | | 37,434.09 |
| Credit | 08/21/2018 | First Midwest Bank (296501) | Credit portion of bill that had late fees | | 2110 Accounts Payable - USD | | 705.05 | 36,139.17 |
| Credit | 08/24/2018 | First Midwest Bank (296501) | | | 2110 Accounts Payable - USD | | 705.05 | 38,844.25 |
| Bill | 08/30/2018 8/12/18 | N Y L - 56 538 11  M | | | 2110 Accounts Payable - USD | 1,500.00 | | 37,344.25 |
| Check | 09/01/2018 13837 | JOHN G ANDERSON* | Memo CHECK PAID | | 1110-01 First Midwest - Checking | 7,500.00 | | 29,844.25 |
| Credit Card Charge | 09/01/2018 09/27 CC | Mac Vendor | THREE SALON AUDREY VE HIGHLAND IN | | 2211-01 Chase Inh - John Anderson-5007 | 661.00 | | 29,182.25 |
| Credit Card Charge | 09/01/2018 09/27 CC | Mac Vendor | THREE SALON AUDREY VE HIGHLAND IN | | 2211-01 Chase Inh - John Anderson-5007 | 79.00 | | 29,103.25 |
| Bill | 09/05/2018 9/2/18 | American Express - J G Anderson | | | 2110 Accounts Payable - USD | | 938.37 | 30,161.62 |
| Bill | 09/06/2018 | American Express - J G Anderson | | | 2110 Accounts Payable - USD | 15,159.34 | | 15,002.28 |
| Bill | 09/07/2018 | First Midwest Bank (296501) | | | 2110 Accounts Payable - USD | 7,050.86 | | 7,951.42 |
| General Journal | 09/08/2018 201105 | | MONTHLY RENT & STORAGE | | 6410-01 Rent | | 11,000.00 | 18,951.42 |
| General Journal | 09/01/2018 AmEx10-2017 | | Missing expenses from Aug-Oct 2017 | | 2210-01 American Express - J G Anderson | 8,239.44 | | 10,711.98 |
| General Journal | 09/05/2018 AEAOctNov17 | | Expenses in Oct-Nov 2017 not booked | | 2210-01 American Express - J G Anderson | 7,321.41 | | 3,390.57 |
| General Journal | 09/06/2018 AEA11/17/2017 | | | | 2210-01 American Express - J G Anderson | 8,351.48 | | -4,900.91 |
| Bill | 09/05/2018 9/21/18 | | | | 2110 Accounts Payable - USD | 1,500.00 | | -9,403.91 |
| Credit Card Charge | 09/05/2018 09/23 CC | Mac Hotel | Marriott Tampa Waterst Tampa FL | | 2211-01 Chase Inh - John Anderson-5007 | 264.30 | | -6,745.21 |
| Credit Card Charge | 09/07/2018 13736 | JOHN ANDERSON* | Memo CHECK PAID | | 1110-01 First Midwest - Checking | 8,500.00 | | -15,245.21 |
| Credit Card Charge | 09/08/2018 09/28 CC | Mac Vendor | Mason Valet and Grace Miami Beach | | 2211-01 Chase Inh - John Anderson-5007 | 406.60 | | -15,651.81 |
| Credit Card Charge | 09/05/2018 09/28 CC | Mac Vendor | SQ* Alton Marquet Luxury1 Miami Beach FL | | 2211-01 Chase Inh - John Anderson-5007 | 30.00 | | -15,681.81 |
| Credit Card Charge | 09/05/2018 09/28 CC | Mac Vendor | Taxi SVC Miami FL | | 2211-01 Chase Inh - John Anderson-5007 | 11.35 | | -15,693.16 |
| Credit Card Charge | 09/06/2018 09/28 CC | Mac Vendor | Jet Blue | | 2211-01 Chase Inh - John Anderson-5007 | 30.00 | | -15,723.16 |
| Credit Card Charge | 09/06/2018 09/28 CC | Mac Hotel | Hotel South Beach Miami Beach FL | | 2211-01 Chase Inh - John Anderson-5007 | 233.41 | | -15,956.57 |
| Credit Card Charge | 09/08/2018 09/28 CC | Mac Vendor | Miami Clothing Miami Beach FL | | 2211-01 Chase Inh - John Anderson-5007 | 261.94 | | -16,219.51 |
| Credit Card Charge | 09/09/2018 09/28 CC | Mac Vendor | Taxi SVC Miami FL | | 2211-01 Chase Inh - John Anderson-5007 | 15.76 | | -16,234.27 |
| Credit Card Charge | 09/11/2018 09/28 CC | Mac Vendor | RB Miami Beach LLC | | 2211-01 Chase Inh - John Anderson-5007 | 85.93 | | -16,320.70 |
| Credit Card Charge | 09/21/2018 | | Spot Aid | | 2211-01 Chase Inh - John Anderson-5007 | 50.00 | | -16,370.70 |
| Bill | 09/21/2018 | First Midwest Bank (296501) | | | 2110 Accounts Payable - USD | 7,050.86 | | -23,421.06 |
| General Journal | 10/01/2018 201105 | | MONTHLY RENT & STORAGE | | 6410-01 Rent | | 11,000.00 | -12,421.06 |
| Credit | 10/01/2018 135.70 | First Midwest Bank (296501) | Duplication of payment entered | | 2110 Accounts Payable - USD | | 7,050.86 | -5,370.20 |
| Credit | 10/01/2018 | First Midwest Bank (296501) | Waived payment fees from bank | | 2110 Accounts Payable - USD | | 1,057.62 | -4,312.58 |
| Bill | 10/05/2018 10/21/18 | N Y L - 56 538 11  M | | | 2110 Accounts Payable - USD | 1,500.00 | | -5,812.54 |
| Bill | 10/11/2018 | American Express - J G Anderson | | | 2110 Accounts Payable - USD | 55.78 | | -5,868.36 |
| Bill | 10/11/2018 | American Express - J G Anderson | | | 2110 Accounts Payable - USD | 3,680.86 | | -9,549.22 |
| Bill | 10/15/2018 11/5/18 | First Midwest Bank (296501) | | | 2110 Accounts Payable - USD | 7,050.86 | | -16,600.08 |
| Deposit | 10/22/2018 | Internal Revenue System | Refund Check for John & Linda | | 1110-01 First Midwest - Checking | | 32,598.00 | 15,997.92 |

(6/2010)

# United States Bankruptcy Court
## Northern District of Indiana

In re   **Calumet Abrasives Co., Inc.**                           Case No.   **19-21257**

                                                   Debtor(s)                 Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

     The above-named debtor(s) verifies under penalty of perjury that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **June 18, 2019**                 **/s/ Robert M. Shindorf**

                                           **Robert M. Shindorf/President, Treasurer, Secretary and sole Director**
                                           Signer/Title

.

```
3023 - 169TH PLACE, LLC
HAMMOND, IN 46323


3039 -169TH PLACE, LLC
HAMMOND, IN 46323


3M COTTAGE GROVE
28070 PAYSHPERE CIRCLE
CHICAGO, IL 60674


3M COTTAGE GROVE
C/O REG. AGENT
CORPORATION SERVICE COMPANY
135 NORTH PENNSYLVANIA STREET,SUITE 1610
INDIANAPOLIS, IN 46204


3M COTTAGE GROVE
3M CENTER DRIVE
SAINT PAUL, MN 55144


ACCUCRAFT IMAGING, INC.
5920 HOHMAN AVENUE
HAMMOND, IN 46320


ACCUWARE
799 ROOSEVELT ROAD, SUITE 3-218
GLEN ELLYN, IL 60137


AIDA PALOMO
506 W 148TH STREET
EAST CHICAGO, IN 46312


AIR COMFORT
2550 BRAGA DRIVE
BROADVIEW, IL 60155
```

AKEKA SANDERS
613 EAST 19TH AVENUE
GARY, IN 46407


AMERICAN EXPRESS
PO BOX 918537
EL PASO, TX 79998


AMERIGAS
P.O. BOX 371473
PITTSBURGH, PA 15250


ANGELIA ELLIS
6692 OLD PORTER ROAD
PORTAGE, IN 46368


ANTOINE GORDON
3759 W 72ND AVENUE
MERRILLVILLE, IN 46410


ANTOINE MACON
5328 MAYWOOD AVENUE APT. 4
HAMMOND, IN 46320


ANTONINE STANSIL
7729 PARRISH AVENUE
HAMMOND, IN 46323


APEX TOTAL PROPERTY MAINTENANCE, INC.
2743 HIGHWAY AVENUE
HIGHLAND, IN 46322


ARIEL HAMPTONL
2207 WOODHOLLOW LANE
HAMMOND, IN 46323

```
AT&T FIBER BROADBAND
P.O. BOX 5019
CAROL STREAM, IL 60197


AT&T MOBILITY
P.O. BOX 6463
CAROL STREAM, IL 60197


AUSTGEN ELECTRIC
801 EAST MAIN STREET
GRIFFITH, IN 46319


BETTY WAUGAMAN-LEBOIDA
7118 ALEXANDER
HAMMOND, IN 46323


BEVERLY SNOW & ICE
16504 S. DIXIE HWY
MARKHAM, IL 60428


BRIAN HITTINGER
KRIEG DEVAULT
8001 BROADWAY SUITE 400
MERRILLVILLE, IN 46410


BURGETT CCM
P.O. BOX 10517
MERRILLVILLE, IN 46410


CALUMET LUMBER
402 E. CHICAGO AVENUE
EAST CHICAGO, IN 46312


CARLA WEATHERS
3610 SUPERIOR COURT APT. 8
EAST CHICAGO, IN 46312
```

```
CEVA FREIGHT, LLC
DEPT 2309
CAROL STREAM, IL 60132


CINTAS-MEDICAL
P.O. BOX 631025
CINCINNATI, OH 45263


CINTAS-UNIFORMS
P.O. BOX 88005
CHICAGO, IL 60680


CL VENDING
P.O. BOX 339
CEDAR LAKE, IN 46303-0339


COMPREHENSIVE CARE
7501 WEST 15TH AVENUE
GARY, IN 46406


COTG
P.O. BOX 5940
LOCK BOX #20-OE-001
CAROL STREAM, IL 60197


DAMION LARDYDELL


DHL EXPRESS
16592 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


DOUGLAS HARPER
3460 W 40TH AVENUE
GARY, IN 46406
```

DWIGHT SINGLETON
3324 CRAIG DRIVE APT. M289
HAMMOND, IN 46323


EDWARD BENNETT, JR.
4260 TENNESSEE
GARY, IN 46409


ELMO JACKSON
911 FIELD STREET
HAMMOND, IN 46320


ENGLEWOOD ELECTRICAL SUPPLY
P.O. BOX 802578
CHICAGO, IL 60680


FERDINAND FELICIANO
6645 MONTANA AVENUE
HAMMOND, IN 46323


FIRST MIDWEST BANK
P.O. BOX 125
BEDFORD PARK, IL 60499


FISHER CONTAINER CORP.
1111 BUSCH PKWY
BUFFALO GROVE, IL 60089


FLORENTINO BRIZUELA
3027 182ND PLACE
LANSING, IL 60438


GARY GLASS
4414 DEARBORN AVENUE
HAMMOND, IN 46324

GORDON E. GOUVEIA
GOUVEIA & ASSOCIATES, P.C.
433 W. 84TH DRIVE
MERRILLVILLE, IN 46410


GRAINGER
DEPT 801849506
PALATINE, IL 60038


GREGORY SLAY
443 W 129TH PLACE
CHICAGO, IL 60628


HAMMOND POLICE ALARM ADMINISTRATOR
CITY OF HAMMOND
509 DOUGLAS STREET
HAMMOND, IN 46320


HAMMOND WATER WORKS DEPT.
6505 COLUMBIA AVE
HAMMOND, IN 46320


HERITAGE-CRYSTAL CLEAN
13621 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


HEUCOTECH LTD.
P.O. BOX 416247
BOSTON, MA 02241


HINSHAW & CULBERSON LLP
8142 SOLUTIONS CENTER DRIVE
CHICAGO, IL 60677-8001


HYDRAMET AMERICAN, INC.
P.O. BOX 40
ROYAL OAK, MI 48068

INDIANA DEPT. OF ENVIRONMENTAL MANAGEMEN
INDIANA GOV. CENTER NORTH
100 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204


INDUSTRIAL POLYMERS AND CHEMICALS, INC.
508 BOSTON TURNPIKE
SHREWSBURY, MA 01545


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346


J&L FASTENERS
P.O. BOX 2248
HAMMOND, IN 46323


J.W. DONCHIN CO.
4841 W. CHICAGO AVENUE
CHICAGO, IL 60651


JACOB SPIVEY
2412 WEST 61ST PLACE
MERRILLVILLE, IN 46410


JAMES CHASE-WILLIAMS
6257 GARFIELD AVENUE
HAMMOND, IN 46324


JAMES DOWNING
3331 W 40TH PLACE
GARY, IN 46408


JASMINE MCDANIEL
3827 FIR STREET
EAST CHICAGO, IN 46312

JAVONNA HOWARD
3344 169TH STREET APT G133
HAMMOND, IN 46323


JESENEK
KOCBEKOVA C.24
3202 LJUBECNA 3202
SLOVENIA


JOHN ANDERSON
1305 TAMARACK DRIVE
MUNSTER, IN 46321


JOHN WILLIS
4440 MARYLAND
GARY, IN 46409


JORDYN ANDERSON
8812 KENNEDY AVENUE
HIGHLAND, IN 46322


JUAWANA BROOKS
1677 STATE STREET
CALUMET CITY, IL 60409


KELLER -HEART OIL
4411 S. TRIPP AVENUE
CHICAGO, IL 60632


KEVIN STEELE
156 WASHINGTON
VALPARAISO, IN 46383


KONRADY PLASTICS, INC.
1780 COPPES COURT
PORTAGE, IN 46368

```
KRONOS
P.O. BOX 743208
ATLANTA, GA 30374


LABOR OUT
RICK SPARKS
P.O. BOX 605
SCHERERVILLE, IN 46375


LANDSBERG
25794 NETWORK PLACE
CHICAGO, IL 60673


LEVIN GINSBURG
180 NORTH LASALLE STREET
CHICAGO, IL 60601


LILI CANTERO
7011 CALIFORNIA AVENUE
HAMMOND, IN 46323


LINDY'S ACE HARDWARE
6220 KENNEDY AVENUE
HAMMOND, IN 46323


LISA SAWYER
14428 S LEAVITT
DIXMOOR, IL 60426


LYDELL IVY
424 ADAMS
GARY, IN 46408


MARIA MARTIGANI
8334 MONROE AVENUE
MUNSTER, IN 46321
```

MATERNINI
VIA AGOSTINO NOVELLA, ZONA INDUSTRIAL
21046 MALNATE (VA)ITALIA


MCMASTER CARR SUPPLY
P.O. BOX 7690
CHICAGO, IL 60680


MIAMI VALLEY WORLDWIDE, INC.
1300 E THIRD STREET
DAYTON, OH 45403


MICHAEL HOWARD
3344 169TH STREET APT. G133
HAMMOND, IN 46323


NEW YORK STATE INSURANCE
1 WATERVLIET AVENUE
ALBANY, NY 12206


NEXUS EMPLOYMENT
P.O. BOX 1053
BEDFORD PARK, IL 60499


PRAIRIE STATE GROUP
11100 ADDISON AVENUE
FRANKLIN PARK, IL 60131


QUATE GREEN
4918 IVY STREET
EAST CHICAGO, IN 46312


QUINCY COMPRESSOR
DEPARTMENT 3427
DALLAS, TX 75312

RACHEL ANDERSON
8828 5TH STREET
HIGHLAND, IN 46322


RAYMOND SPARKS
1834 HOLLY LANE
MUNSTER, IN 46321


REICHELT PLUMBING
P.O. BOX 177
SCHERERVILLE, IN 46375


RICOH/WELLS FARGO
P.O. BOX 740541
ATLANTA, GA 30374


ROBERT M SHINDORF
C/O STONE FOX VENTURES, LLC
3890 BUCHANAN AVENUE SW
GRAND RAPIDS, MI 49548


ROBERT MCCLAIN
530 E LEWIS
HAMMOND, IN 46320


ROGER NYSTROM
4943 OLCOTT AVENUE
EAST CHICAGO, IN 46312


ROSALVA ROJAS
5330 PIERCE STREET
MERRILLVILLE, IN 46410


RYAN MATTINGLY
1733 RENSSELAER STREET
MUNSTER, IN 46321

SALYER PLUMBING, INC.
2209 EAST 165TH STREET
HAMMOND, IN 46320


SCOTT A. PYLE
RUBINO RUMAN CROSMER & POLEN
275 JOLIET STREET, SUITE 330
DYER, IN 46311


SHAKESPEARE MACHINE
2801 S. MERMORIAL DRIVE
RACINE, WI 53403


SHAWN COX
HODGES & DAVIS PC
8700 BROADWAY
MERRILLVILLE, IN 46410


SHEET METAL SERVICES
9944 EXPRESS DRIVE
HIGHLAND, IN 46322


STAGG/DIVAL SAFETY
163 S. THIRD AVENUE
EVANSVILLE, IN 47708


STANDARD CARTAGE COMP.
2400 SOUTH 27TH AVENUE
BROADVIEW, IL 60155


STAPLES
P.O. BOX 183174
COLUMBUS, OH 43218


STAR TOOL & DIE WORKS, INC.
640 EAST 217TH STREET
CHICAGO HEIGHTS, IL 60411

SWARTZ, RETSON & CO., P.C.
235 E 86TH AVENUE
MERRILLVILLE, IN 46410


TECH WEIGH
1004 REDER ROAD
GRIFFITH, IN 46319


TIM O'CONNELL
1003 E. 31ST STREET
LA GRANGE PARK, IL 60526


TINA EVANS
1210 WEST 151ST STREET
EAST CHICAGO, IN 46312


TRANQUILLIA BOLIAN
3615 167TH
HAMMOND, IN 46323


TRINITY LOGISTICS, INC.
P.O. BOX 62702
BALTIMORE, MD 21264


TRISTAN THOMAS
5974 POLK STREET
MERRILLVILLE, IN 46410


ULINE
P.O. BOX 88741
CHICAGO, IL 60680


UNIFIRST CORPORATION
4545 CALUMENT AVENUE
HAMMOND, IN 46327

UPS
LOCKBOX 577
CAROL STREAM, IL 60132

VINCENT SPINA
3819 GRAND BLVD #2
EAST CHICAGO, IN 46312

WELCH PACKAGING
24775 NETWORK PLACE
CHICAGO, IL 60673

WELLS FARGO BANK N.A.
300 TRI-STATE INTERNATIONAL
LINCOLNSHIRE, IL 60069

WELLS FARGO VENDOR FINANCIAL SERVICES
P.O. BOX 13708
MACON, GA 31208-3708

WERTHEIMER
7950 W. JOLIET ROAD, SUITE 100
LA GRANGE, IL 60525

WINTRUST CAPITAL
9700 WEST HIGGINS ROAD, SUITE 1015
DES PLAINES, IL 60018

YRC FREIGHT
P.O. BOX 93151
CHICAGO, IL 60673

## United States Bankruptcy Court
### Northern District of Indiana

In re   **Calumet Abrasives Co., Inc.**        Case No.   **19-21257**
Debtor(s)     Chapter   **11**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | | |
|---|---|---:|
| 1. Gross Income For 12 Months Prior to Filing: | $ | **8,719,909.24** |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | | |
|---|---|---:|
| 2. Gross Monthly Income | $ | **625,000.00** |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | | |
|---|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ | **158,083.33** |
| 4. Payroll Taxes | | **0.00** |
| 5. Unemployment Taxes | | **0.00** |
| 6. Worker's Compensation | | **0.00** |
| 7. Other Taxes | | **6,154.00** |
| 8. Inventory Purchases (Including raw materials) | | **268,750.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | **0.00** |
| 10. Rent (Other than debtor's principal residence) | | **11,000.00** |
| 11. Utilities | | **38,711.38** |
| 12. Office Expenses and Supplies | | **7,750.00** |
| 13. Repairs and Maintenance | | **12,500.00** |
| 14. Vehicle Expenses | | **0.00** |
| 15. Travel and Entertainment | | **0.00** |
| 16. Equipment Rental and Leases | | **9,800.00** |
| 17. Legal/Accounting/Other Professional Fees | | **13,125.00** |
| 18. Insurance | | **11,500.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | **0.00** |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **US Trustee Reserve** | **6250** |
| **Bank & Credit Card Fees** | **550** |
| **Miscellaneous** | **12000** |

| | | |
|---|---|---:|
| 22. Total Monthly Expenses (Add items 3-21) | $ | **556,173.71** |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | | |
|---|---|---:|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ | **68,826.29** |