UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CALUMET ABRASIVES Co., Inc., ) | CASE NO. 19-21257 |
| ) | Chapter 11 |
| Debtor. ) | |

**JUDGMENT**

__X__  This proceeding having come on for trial or hearing before the court, the Honorable James R. Ahler, United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered,

or

_____  The issues of this proceeding having been duly considered by the Honorable James R. Ahler, United States Bankruptcy Judge, and a decision having been reached without trial or hearing,

    IT IS THEREFORE ORDERED ADJUDGED AND DECREED that, for the reasons stated on the record in open Court on January 10, 2020, Debtor's Emergency Motion for Use of First Midwest Bank's Cash Collateral (Docket Entry #10) is hereby DENIED.

/s/ James R. Ahler
JUDGE, U.S. BANKRUPTCY COURT

Dated of Issuance: January 10, 2020.

/s/ Christopher De Toro
CLERK OF BANKRUPTCY COURT